**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Balaji**<br>First name<br><br>Middle name<br><br>**Modhagala**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **2  4  4  2**<br>OR<br>9xx - xx - ___  ___  ___  ___ | xxx - xx - ___  ___  ___  ___<br>OR<br>9xx - xx - ___  ___  ___  ___ |

Debtor 1    **Balaji** _____ **Modhagala** _____    Case number *(if known)* _____

First Name    Middle Name    Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |

**5. Where you live**

**16 Geraldine Road**
_____
Number      Street

_____

**North Arlington, NJ 07031**
_____
City                  State    ZIP Code

**Bergen**
_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                  State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number      Street

_____

_____
City                  State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                  State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Tell the Court About Your Bankruptcy Case

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.
☑ Yes.

| Debtor **Doli Systems, Inc** | Relationship to you **Member** |
|---|---|
| District **District of New Jersey** When **10/18/2024** MM / DD / YYYY | Case number, if known **24-20358-VFP** |
| Debtor _____ | Relationship to you _____ |
| District _____ When _____ MM / DD / YYYY | Case number, if known _____ |

---

**11.** **Do you rent your residence?**

☑ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 3:**</div> Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                          State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 4:**</td><td>Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention</td></tr>
</table>

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?

_____
_____
_____

If immediate attention is needed, why is it needed?

_____
_____
_____

Where is the property?

_____
Number      Street

_____

_____     _____     _____
City                                                    State      ZIP Code

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 6:** | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| **Part 7:** | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Balaji Modhagala** _____
Balaji Modhagala, Debtor 1

Executed on  **04/01/2025** _____
MM/  DD/  YYYY

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Scott J Goldstein** _____     Date **04/01/2025** _____
Signature of Attorney for Debtor                                            MM / DD / YYYY

**Scott J Goldstein** _____
Printed name

**Law Offices of Wenarsky & Goldstein LLC** _____
Firm name

**410 Route 10 West Ste 214** _____
Number          Street

_____

**Ledgewood** _____     **NJ**     **07852** _____
City                                                              State    ZIP Code

Contact phone **(973) 453-2838** _____     Email address **scott@wg-attorneys.com** _____

**16472004** _____     **NJ** _____
Bar number                                          State

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Balaji** | | **Modhagala** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of    **New Jersey**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1** **Home**

   Street address, if available, or other description

   **16 Geraldine Road**

   **North Arlington, NJ 07031**

   City        State        ZIP Code

   **Bergen**

   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Source of Value: **CMA** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $585,000.00 | $292,500.00 |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ **Check if this is community property** (see instructions)

   If you own or have more than one, list here:

Debtor   **Modhagala, Balaji**                                Case number *(if known)* _____

---

**1.2**   **104 Karisangal Village**
**Madurandhakam Taluk**
Street address, if available, or other
description

**Kancheepuram,**
City          State        ZIP Code

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: **Vacant Land 2935 sq ft**

Source of Value: **Encumbrance Certificate from Gov of India**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,027.00 | $2,027.00 |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
you have attached for Part 1. Write that number here** .................................................................... ➔   | $294,527.00 |

---

| **Part 2:** | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1**   Make:   **Dodge**

Model:   **Charger**

Year:   **2018**

Approximate mileage:   **73,500**

Other information:

**NADA Avg Trade-In Value
VIN: 2C3CDXCTXJH319181**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,075.00 | $16,075.00 |

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

Debtor  **Modhagala, Balaji**                                              Case number *(if known)* _____

---

4.1    Make:    _____    **Who has an interest in the property?** Check one.    | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:    _____    ☐ Debtor 1 only
☐ Debtor 2 only
Year:    _____    ☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information:

☐ **Check if this is community property** (see instructions)

| | Current value of the entire property? | Current value of the portion you own? |

_____    _____

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .........................................................    ➡    | **$16,075.00** |

---

| **Part 3:** | Describe Your Personal and Household Items |

**Do you own or have any legal or equitable interest in any of the following items?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........    | Household Goods & Furnishings |    $6,000.00

7.    **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........    | TVs, Lap Top, Phone |    $1,200.00

8.    **Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........    | |    _____

9.    **Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe. .........    | Camera |    $200.00

10.    **Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe. .........    | |    _____

---

Official Form 106A/B                          **Schedule A/B: Property**                          page 3

Debtor  **Modhagala, Balaji**                                                    Case number *(if known)*_____

---

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | Wearing apparel & accessories | | $800.00 |
    |---|---|---|

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | Costume jewelry & watches | | $1,000.00 |
    |---|---|---|

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here .................................................................................................... ➜   | $9,200.00 |

---

**Part 4:**        Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ...............................................................................................................  Cash: ...................   $3,000.00

---

Debtor  **Modhagala, Balaji**                                    Case number *(if known)*_____

---

17.  **Deposits of money**

Examples:  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................                        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Chase Bank**<br>**Account Number: 2526** | $146.85 |
| 17.2. Checking account: | **Chase Business Bank acct (SquareML, Inc)**<br>**Account Number: 5329** | ($9.41) |
| 17.3. Checking account: | **Chase Business Bank Acct (SquareML, Inc)**<br>**Account Number: 7100** | $356.46 |
| 17.4. Checking account: | **Chase Business Bank Acct (Wetstone Labs, Inc)**<br>**Account Number: 8983** | $421.35 |
| 17.5. Checking account: | **Columbia Bank**<br>**Account Number: 3197** | $4,766.96 |
| 17.6. Checking account: | **HDFC Bank**<br>**Account Number: 4490** | $2,061.44 |
| 17.7. Checking account: | **M&T Business Checking (Nela Software Inc)**<br>**Account Number: 2952** | ($24.58) |
| 17.8. Checking account: | **PNC**<br>**Account Number: 4692** | $9.52 |
| 17.9. Checking account: | **PNC Business Acct (SquareML, Inc)**<br>**Account Number: 1714** | $168.00 |
| 17.10. Checking account: | **PNC Business Acct (Wetstone Labs, Inc)**<br>**Account Number: 1327** | $104.31 |
| 17.11. Checking account: | **TD Bank**<br>**Account Number: 4153** | $40.81 |
| 17.12. Savings account: | **Chase Bank**<br>**Account Number: 8765** | $14.00 |
| 17.13. Savings account: | **Chase Bank**<br>**Account Number: 0167** | $8,183.32 |
| 17.14. Savings account: | **TD Bank**<br>**Account Number: 1543** | $10.00 |
| 17.15. Savings account: | **Wells Fargo**<br>**Account Number: 4379** | $0.00 |
| 17.16. Other financial account: | **Etrade**<br>**Account Number: 3172** | $13,544.87 |
| 17.17. Other financial account: | **JPMorgan Chase**<br>**Account Number: 0340** | $152.26 |
| 17.18. Other financial account: | **Robin Hood**<br>**Account Number: 9285** | $6.96 |
| 17.19. Other financial account: | **Paypal Account 1** | $0.00 |

Debtor    **Modhagala, Balaji**    Case number *(if known)* _____

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .................... Institution or issuer name:

    _____    _____

    _____    _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them....................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **Digitizai Inc** | **100.00%** | **$0.01** |
    | **Nela Software Inc** | **100.00%** | **$0.01** |
    | **Sivisoft Solutions Pvt LTD** | **100.00%** | **$0.01** |
    | **SquareML Inc** | **100.00%** | **$0.01** |
    | **Wetstone Labs Inc** | **100.00%** | **$0.01** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them.................... Issuer name:

    _____    _____

    _____    _____

    _____    _____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | **Paychex Vested Retirement Savings for Doli Systems Inc** | $32.56 |
    | IRA: | **Fidelity Rollover Account** | $13,790.16 |
    | IRA: | **Fidelity SEP Retirement Acct** | $2,633.39 |

---

Debtor  **Modhagala, Balaji**                                        Case number *(if known)*_____

---

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes .....................          Institution name or individual:

Electric: _____          _____

Gas: _____          _____

Heating oil: _____          _____

Security deposit on rental unit: _____          _____

Prepaid rent: _____          _____

Telephone: _____          _____

Water: _____          _____

Rented furniture: _____          _____

Other: _____          _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ...................          Issuer name and description:

_____          _____

_____          _____

_____          _____

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .....................          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____          _____

_____          _____

_____          _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific     ┌────────────────────────────────────────┐          _____
information about them. ...  │                                        │
                            └────────────────────────────────────────┘

Debtor  **Modhagala, Balaji**                                    Case number *(if known)*

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
   information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
   information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
   them, including whether you
   already filed the returns and
   the tax years. ...................

Federal:

State:

Local:

29. **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
settlement

☑ No

☐ Yes. Give specific information. ........

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

30. **Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

Debtor   **Modhagala, Balaji**                                     Case number *(if known)*

---

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☑ Yes. Name the insurance company
    of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **AAA Term Life Ins Policy ending 4107** | **Vijaya Modhagala** | **$0.00** |
    | **AAA Term Life Ins Policy ending 5765** | **Vijaya Modhagala** | **$0.00** |
    | **NY Life Insurance Policy** | **Vijaya Modhagala** | **$1,613.62** |
    | **Prudential Life Ins policy** | **Vijaya Modhagala** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. .........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................    ➡    **$51,022.90**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

---

Debtor    **Modhagala, Balaji** _____    Case number *(if known)* _____

38.    **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........    _____    _____

39.    **Office equipment, furnishings, and supplies**

*Examples:*    Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........    _____    _____

40.    **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........    _____    _____

41.    **Inventory**

☑ No

☐ Yes. Describe. ..........    _____    _____

42.    **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

_____    _____    _____

_____    _____    _____

_____    _____    _____

43.    **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........    _____    _____

Official Form 106A/B                    **Schedule A/B: Property**                    page **10**

Debtor **Modhagala, Balaji** _____    Case number *(if known)* _____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ........................................................................................................    ➔    | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ..........................    | | _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............    | | _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ..........................    | | _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ..........................    | | _____

Debtor **Modhagala, Balaji** _____    Case number *(if known)* _____

---

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............ [                    ]    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** .................................................➔    **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............ [                    ]    _____
_____
_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................➔    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ...........................................................................➔    **$294,527.00**

56. **Part 2: Total vehicles, line 5**    **$16,075.00**

57. **Part 3: Total personal and household items, line 15**    **$9,200.00**

58. **Part 4: Total financial assets, line 36**    **$51,022.90**

59. **Part 5: Total business-related property, line 45**    **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61. ..............    **$76,297.90**    Copy personal property total ➔    +    **$76,297.90**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .........................................................    **$370,824.90**

---

Fill in this information to identify your case:

| Debtor 1 | **Balaji** | | **Modhagala** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: District of  **New Jersey**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2018 Dodge Charger**<br>VIN: **2C3CDXCTXJH319181**<br>**NADA Avg Trade-In Value** | **$16,075.00** | ☑ **$5,025.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Line from *Schedule A/B*: **3.1** | | | |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Household Goods & Furnishings**<br>Line from *Schedule A/B*: **6** | **$6,000.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **TVs, Lap Top, Phone**<br>Line from *Schedule A/B*: **7** | **$1,200.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Camera**<br>Line from *Schedule A/B*: **9** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Wearing apparel & accessories**<br>Line from *Schedule A/B*: **11** | **$800.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Costume jewelry & watches**<br>Line from *Schedule A/B*: **12** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **Cash**<br>Line from *Schedule A/B*: **16** | **$3,000.00** | ☑ **$3,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chase Bank**<br>**Checking account**<br>**Acct. No.: 2526**<br>Line from *Schedule A/B*: **17** | **$146.85** | ☑ **$146.85**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chase Bank**<br>**Savings account**<br>**Acct. No.: 8765**<br>Line from *Schedule A/B*: **17** | **$14.00** | ☑ **$14.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **JPMorgan Chase**<br>**Brokerage account**<br>Acct. No.: 0340<br>Line from *Schedule A/B:* __17__ | $152.26 | ☑ $152.26<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Wells Fargo**<br>**Savings account**<br>Acct. No.: 4379<br>Line from *Schedule A/B:* __17__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **TD Bank**<br>**Checking account**<br>Acct. No.: 4153<br>Line from *Schedule A/B:* __17__ | $40.81 | ☑ $40.81<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **TD Bank**<br>**Savings account**<br>Acct. No.: 1543<br>Line from *Schedule A/B:* __17__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **PNC**<br>**Checking account**<br>Acct. No.: 4692<br>Line from *Schedule A/B:* __17__ | $9.52 | ☑ $9.52<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Columbia Bank**<br>**Checking account**<br>Acct. No.: 3197<br>Line from *Schedule A/B:* __17__ | $4,766.96 | ☑ $4,766.96<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **HDFC Bank**<br>**Checking account**<br>Acct. No.: 4490<br>Line from *Schedule A/B:* __17__ | $2,061.44 | ☑ $2,061.44<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Chase Business Bank acct (SquareML, Inc)**<br>**Checking account**<br>Acct. No.: 5329<br>Line from *Schedule A/B:* __17__ | ($9.41) | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **Chase Business Bank Acct (SquareML, Inc)**<br>**Checking account**<br>**Acct. No.: 7100** | $356.46 | ☑ | $356.46 | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **PNC Business Acct (SquareML, Inc)**<br>**Checking account**<br>**Acct. No.: 1714** | $168.00 | ☑ | $168.00 | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Chase Business Bank Acct (Wetstone Labs, Inc)**<br>**Checking account**<br>**Acct. No.: 8983** | $421.35 | ☑ | $421.35 | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **PNC Business Acct (Wetstone Labs, Inc)**<br>**Checking account**<br>**Acct. No.: 1327** | $104.31 | ☑ | $104.31 | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **M&T Business Checking (Nela Software Inc)**<br>**Checking account**<br>**Acct. No.: 2952** | ($24.58) | ☑ | $0.00 | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Paypal Account 1**<br>**Other financial account** | $0.00 | ☑ | $0.00 | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Robin Hood** **Brokerage account** Acct. No.: 9285 Line from *Schedule A/B*: **17** | $6.96 | ☑ $6.96 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Etrade** **Brokerage account** Acct. No.: 3172 Line from *Schedule A/B*: **17** | $13,544.87 | ☑ $6,216.08 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Chase Bank** **Savings account** Acct. No.: 0167 Line from *Schedule A/B*: **17** | $8,183.32 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Digitizai Inc** Line from *Schedule A/B*: **19** | $0.01 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Sivisoft Solutions Pvt LTD** Line from *Schedule A/B*: **19** | $0.01 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Nela Software Inc** Line from *Schedule A/B*: **19** | $0.01 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **SquareML Inc** Line from *Schedule A/B*: **19** | $0.01 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Wetstone Labs Inc** Line from *Schedule A/B*: **19** | $0.01 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Fidelity SEP Retirement Acct** Line from *Schedule A/B*: **21** | $2,633.39 | ☑ $2,633.39 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Fidelity Rollover Account**<br><br>Line from *Schedule A/B:* **21** | **$13,790.16** | ☑ **$13,790.16**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description: **Paychex Vested Retirement Savings for Doli Systems Inc**<br><br>Line from *Schedule A/B:* **21** | **$32.56** | ☑ **$32.56**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description: **NY Life Insurance Policy**<br><br>Line from *Schedule A/B:* **31** | **$1,613.62** | ☑ **$1,613.62**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| Brief description: **Prudential Life Ins policy**<br><br>Line from *Schedule A/B:* **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| Brief description: **AAA Term Life Ins Policy ending 4107**<br><br>Line from *Schedule A/B:* **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| Brief description: **AAA Term Life Ins Policy ending 5765**<br><br>Line from *Schedule A/B:* **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

**Fill in this information to identify your case:**

| Debtor 1 | **Balaji** | | **Modhagala** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of     **New Jersey**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | | Do not deduct the value of collateral. | | If any |

**2.1**

**FC Marketplace, LLC**
Creditor's Name

**707 17th Street 2200**
Number       Street

**Denver, CO 80202**
City       State       ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred     **01/2020**

**Describe the property that secures the claim:**

| **Home** |
|---|
| **16 Geraldine Road North Arlington, NJ 07031** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)     **Merchant Services**

Last 4 digits of account number     **5  6  2  4**

| | Column A | Column B | Column C |
|---|---|---|---|
| | **$94,322.99** | **$292,500.00** | **$0.00** |

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$94,322.99** |
|---|---|

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.2** **JPMCB - HOME LENDING**
Creditor's Name

**700 KANSAS LN**

Number    Street

**MONROE, LA 71203**

City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **11/17/2020**

**Describe the property that secures the claim:**                    **$249,990.84**      **$292,500.00**      **$0.00**

**Home**
16 Geraldine Road North Arlington, NJ 07031

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)    _____

Last 4 digits of account number    **5   3   6   2**

---

**2.3** **Overton Funding Llc**
Creditor's Name

**633 167th Street, Suite 804N**

Number    Street

**Miami, FL 33162**

City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **07/2024**

**Describe the property that secures the claim:**                    **$59,971.00**      **$292,500.00**      **$0.00**

**Home**
16 Geraldine Road North Arlington, NJ 07031

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)    **Merchant Services**

Last 4 digits of account number    ___ ___ ___ ___

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$309,961.84** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **4**

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 1:** | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.4**

| **TD AUTO FINANCE** | Describe the property that secures the claim: | $6,249.00 | $16,075.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 9223**

Number        Street

> **2018 Dodge Charger**
> NADA Avg Trade-In Value

**As of the date you file, the claim is:** Check all that apply.

**FARMINGTON HILLS, MI 48333**

City        State        ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)        **AutoLoan**

Date debt was incurred        **11/2/2020**        Last 4 digits of account number        **0    5    8    7**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $6,249.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $410,533.83 |

Debtor 1      **Balaji**          **Modhagala**                          Case number *(if known)* _____
               First Name     Middle Name        Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1.** **Fleischer, Fleischer & Suglia, P.C.**
Name

**601 Route 73 North, Suite 305**
Number          Street


**Marlton, NJ 08053**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number    **1   1   1   1**

**2.** **Superior Court Of New Jersey Bergen County - Law Division**
Name

**10 Main Street**
Number          Street


**Hackensack, NJ 07601**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number    **5   6   2   4**

**3.** **Lieberman & Klestzick C/O Overton Funding, Llc**
Name

**1855 Griffin Road, DCOTA #A-350**
Number          Street


**Dania, FL 33004**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number    ___ ___ ___ ___

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Balaji** | **Modhagala** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: District of | **New Jersey** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.  Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

**2.  List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** **IRS** | Last 4 digits of account number  ___ ___ ___ ___ | | $23,791.76 | $23,791.76 | $0.00 |

Priority Creditor's Name

**Attn: Centralized Insolvency**

**PO Box 7346**

When was the debt incurred?    **12/31/2023**

Number    Street

**Philadelphia, PA 19101**

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor 1    **Balaji**                    **Modhagala**                    Case number *(if known)* _____
         First Name    Middle Name    Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** **State of California Dept of Revenue**

Priority Creditor's Name

**Attn: Bk Dept**

**3321 Power Inn Rd Suite 220**
Number    Street

**Sacramento, CA 95826**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___     **$596.20**   **unknown**   **$596.20**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**2.3** **State of NJ - Division of Taxation**

Priority Creditor's Name

**PO Box Box 448**
Number    Street

_____

**Trenton, NJ 08646**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___     **$11,726.61**   **$11,726.61**   **$0.00**

**When was the debt incurred?** **12/31/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 106E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page **2** of **24**

Debtor 1    **Balaji**                          **Modhagala**                    Case number *(if known)* _____
            First Name        Middle Name        Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

**2.4**   **State of NJ - Division of Taxation**

Priority Creditor's Name

**PO Box Box 448**

Number         Street

**Trenton, NJ 08646**

City         State         ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Total claim **$2,500.00**   Priority amount **$2,500.00**   Nonpriority amount **$0.00**

---

**2.5**   **State of North Carolina Dept of Revenue**

Priority Creditor's Name

**Attn: BK Dept**

**PO Box 1168**

Number         Street

**Raleigh, NC 27602**

City         State         ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Total claim **$786.75**   Priority amount **$786.75**   Nonpriority amount **$0.00**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.6**

| State of West Virginai Dept of Revenue | Last 4 digits of account number  ___ ___ ___ ___ | $1,240.00 | $1,240.00 | $0.00 |
|---|---|---|---|---|

Priority Creditor's Name

**When was the debt incurred?**  _____

**Attn: BK Dept**

**1001 Lee St East**

Number        Street

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

**Charleston, WV 25301**

City        State        ZIP Code

❏ Unliquidated

❏ Disputed

**Who incurred the debt?** Check one.

**Type of PRIORITY unsecured claim:**

❏ Debtor 1 only

❏ Domestic support obligations

❏ Debtor 2 only

☑ Taxes and certain other debts you owe the government

❏ Debtor 1 and Debtor 2 only

❏ Claims for death or personal injury while you were intoxicated

☑ At least one of the debtors and another

❏ Other. Specify  _____

❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

Debtor 1    **Balaji**                    **Modhagala**                    Case number *(if known)* _____
                First Name    Middle Name    Last Name

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one
    nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already
    included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured
    claims fill out the Continuation Page of Part 2.

Total claim

---

**4.1**  **Aditya Birla**

Nonpriority Creditor's Name

**Indian Rayon Compound**

Number          Street

**Veravel, Gujarat 362266, India,**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __              $36,329.52

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as
   priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Loan**

---

**4.2**  **AMERICAN EXPRESS**

Nonpriority Creditor's Name

**PO Box 981535**

Number          Street

**El Paso, TX 79998**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __              $47,353.18

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as
   priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Credit Card**

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor 1 | **Balaji** | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name | Middle Name    Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.3**   **American Express - Business Card**

Nonpriority Creditor's Name

**Po Box 96001**

Number            Street

**Los Angeles, CA 90096**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3    0    0    3**

When was the debt incurred?    **01/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit card purchases**

$52,224.00

---

**4.4**   **Axis Bank**

Nonpriority Creditor's Name

**No 6 A, 2nd Floor, Centennial Square, Dr Ambedkar Rd,**

**Kodambakkam, Opposite to Hotel Brown Star**

Number            Street

**Chennai, Tamil Nadu, 600024, India,**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Loan**

$8,851.08

---

| Debtor 1 | **Balaji** | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name | Middle Name    Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.5** | **Bajaj Finance**

Nonpriority Creditor's Name

**Bajaj Auto Limited Complex**

**Mumbai Pune road**

Number          Street

**Pune, 411035, India,**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___                    $34,997.80

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Loan**

---

**4.6** | **Business First Group**

Nonpriority Creditor's Name

**2222 Coney Island Ave**

Number          Street

**Brooklyn, NY 11223**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___                    $9,000.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Loan**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.7**

| CAPITAL ONE BANK USA | Last 4 digits of account number    **4   4   6   5** | **$13,456.00** |
|---|---|---|
| Nonpriority Creditor's Name | | |
| **PO BOX 31293** | When was the debt incurred?    **3/29/2007** | |
| Number            Street | | |

**SALT LAKE CITY, UT 84131**
City                State            ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.8**

| CAPITAL ONE BANK USA | Last 4 digits of account number    **0   0   7   4** | **$3,265.00** |
|---|---|---|
| Nonpriority Creditor's Name | | |
| **PO BOX 31293** | When was the debt incurred?    **9/15/2008** | |
| Number            Street | | |

**SALT LAKE CITY, UT 84131**
City                State            ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor 1    **Balaji**          **Modhagala**                    Case number *(if known)* _____

          First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     | Total claim |

---

**4.9** | **Chase Bank - Business Card** | Last 4 digits of account number   **1   2   6   2** | **$52,224.00**

Nonpriority Creditor's Name

**Po Box 15145**                                   When was the debt incurred?        **01/2018**

Number          Street

                                                   **As of the date you file, the claim is:** Check all that apply.

**Wilmington, DE 19850**                           ☐ Contingent

City          State          ZIP Code             ☐ Unliquidated
                                                   ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                    ☐ Student loans
☐ Debtor 1 and Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☑ At least one of the debtors and another             priority claims
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ☑ Other. Specify   **Credit card purchases**
**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.10** | **Deutsche Bank** | Last 4 digits of account number   ___ ___ ___ ___ | **$36,054.73**

Nonpriority Creditor's Name

**4-4A Western Tower, Sunny Side, Shafi**           When was the debt incurred?        _____
**Mohammed Road,**

Number          Street

                                                   **As of the date you file, the claim is:** Check all that apply.

**Thousand Lights, Chennai 60006, India,**         ☐ Contingent

City          State          ZIP Code             ☐ Unliquidated
                                                   ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                    ☐ Student loans
☐ Debtor 1 and Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☑ At least one of the debtors and another             priority claims
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ☑ Other. Specify   **Business Loan**
**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.11**   **Dice Invoice**

Nonpriority Creditor's Name

**5745 Raccoon River Dr Suite 200**

Number          Street

**West Des Moines, IA 50266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$1,353.77**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Loan**

---

**4.12**   **Federal Bank**

Nonpriority Creditor's Name

**5th Floor, Akshaya Shanti, Anna Salai**

Number          Street

**Chennai, Tamil Nadu, India 600002,**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$28,997.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Loan**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.13**  **Five Star Bank**

Nonpriority Creditor's Name

**Small Business Administration Dept**

**3100 Zinfandel Dr #100**
Number          Street

**Rancho Cordova, CA 95670**
City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **SBA Loan**

**Total claim:** **$274,933.49**

---

**4.14**  **Funding Circle**

Nonpriority Creditor's Name

**71 Queen Victoria St**
Number          Street

**London EC4V 4AY, United Kingdom,**
City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Loan**

**Total claim:** **$94,322.99**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.15** | **Godrej Capital**

Nonpriority Creditor's Name

**Pirojsha Nagar, Eastern Express Highway**

Number          Street

**Vikhroli East Mumbai 400 079,**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$21,949.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan**

---

**4.16** | **Hero Financial Corp**

Nonpriority Creditor's Name

**A-44 Mohan Co-operative Industrial Estate**

Number          Street

**Mathura Road, New Delhi 110 044, India,**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$22,024.41**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|----------|------------|---|---------------|---|------|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.17**   **IOU Financial**

Nonpriority Creditor's Name

**600 Townpark Lane, Suite 100**

Number          Street

**Kennesaw, GA 30144**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **3   2   5   1**         $53,202.10

**When was the debt incurred?**        **01/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Loan**

---

**4.18**   **JPMCB CARD SERVICES**

Nonpriority Creditor's Name

**PO BOX 15369**

Number          Street

**WILMINGTON, DE 19850**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   9   6   7**         $12,409.00

**When was the debt incurred?**        **9/15/2008**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

Debtor 1   **Balaji** _____ **Modhagala** _____   Case number _(if known)_ _____

First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.19** **Kapitus LLC**

Nonpriority Creditor's Name

**2500 Wilson Boulevard, Suite 350**

Number          Street

**Arlington, VA 22201**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1   1   1   1**   $62,778.13

**When was the debt incurred?**   **06/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Loan**

---

**4.20** **LG Funding LLC**

Nonpriority Creditor's Name

**1218 Union Street**

Number          Street

**Brooklyn, NY 11225**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1   1   1   1**   $136,625.00

**When was the debt incurred?**   **05/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Cash Advances**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.21**  **M&T - SBA Express Program**

Nonpriority Creditor's Name

**c/o McCarter & English, LLP**

**Four Gateway Center 100 Mulberry Street**
Number          Street

**Newark, NJ 07102**
City               State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$315,828.00**

When was the debt incurred?          **04/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **SBA Loan**

---

**4.22**  **M&T Bank**

Nonpriority Creditor's Name

**PO Box 619063**
Number          Street

**Dallas, TX 75261**
City               State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4   7   2   3**          **$9,482.23**

When was the debt incurred?          **01/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Credit Card**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.23**  **Paychecks of NYC, LLC**

Nonpriority Creditor's Name

**6870 Shadow Ridge Dr Suite 101**

Number          Street

**Orlando, FL 32812**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **$4,654.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business**

---

**4.24**  **PNC BANK, N.A.**

Nonpriority Creditor's Name

**1 FINANCIAL PKWY**

Number          Street

**KALAMAZOO, MI 49009**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0  9  0  1          **$7,651.00**

**When was the debt incurred?**          **12/5/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **FlexibleSpendingCreditCard**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.25**

| **SANTANDER BANK N.A.** | Last 4 digits of account number    **2   9   8   2** | $122.00 |

Nonpriority Creditor's Name

**450 PENN ST**

When was the debt incurred?    **4/20/2010**

Number        Street

**READING, PA 19602**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **LineOfCredit**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.26**

| **Standard Chartered Bank** | Last 4 digits of account number    ___ ___ ___ ___ | $89,132.00 |

Nonpriority Creditor's Name

**Lending Operations**

When was the debt incurred?    _____

**No 19, Rajaji Salai 2nd Floor**

Number        Street

**Chennai 600001, India,**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Loan**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor 1 | **Balaji** | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    | Total claim

---

**4.27**

**Synchrony Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**P.O. Box 965064**
Number          Street

**Orlando, FL 32896**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   3   2   4**                    **$0.00**

When was the debt incurred?          **2/20/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

---

**4.28**

**Synchrony Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**P.O. Box 965064**
Number          Street

**Orlando, FL 32896**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   3   5   9**                    **$0.00**

When was the debt incurred?          **4/10/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.29**   **TD BANK N.A.**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 84037**

Number                Street

**Columbus, GA 31908**

City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1   0   0   6**         $15,570.00

**When was the debt incurred?**   **5/4/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.30**   **U.S. Small Business Administration**

Nonpriority Creditor's Name

**P.O. Box 3918**

Number                Street

**Portland, OR 97208**

City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___         $1,143,610.42

**When was the debt incurred?**   **11/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **EIDL Loan**

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

**4.31** | **VOLKSWAGEN CREDIT**

Nonpriority Creditor's Name

**1401 FRANKLIN BLVD**

Number            Street

**LIBERTYVILLE, IL 60048**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    3  6  1  1            **$17,183.00**

When was the debt incurred?            **11/17/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **AutoLease**

---

**4.32** | **WELLS FARGO CARD SER**

Nonpriority Creditor's Name

**PO BOX 393**

Number            Street

**MINNEAPOLIS, MN 55480**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    2  4  3  9            **$14,444.00**

When was the debt incurred?            **8/4/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **CreditCard**

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                              Total claim

| 4.33 | **Yes Bank** | | | | | |
|---|---|---|---|---|---|---|

| **Yes Bank** | Last 4 digits of account number ___ ___ ___ ___ | $11,884.18 |
|---|---|---|

Nonpriority Creditor's Name

**Off Western Express Highway, Santacruz East**

When was the debt incurred? _____

Number              Street

**Mumbai, Maharashtra, 400055, India,**

**As of the date you file, the claim is:** Check all that apply.

City                State                ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Loan**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor 1    **Balaji**                          **Modhagala**                    Case number *(if known)* _____

First Name    Middle Name    Last Name

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1**    **Attorney General US Dept of Justice**

Name

**Ben Franklin Station Attn: BK Ddept**

**PO Box 683**

Number    Street

**Washington, DC 20044**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.1** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**2**    **US Attorney's Office**

Name

**Attn: Eamonn O'Hagan, Esq**

**970 Broad St**

Number    Street

**Newark, NJ 07102**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.1** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**3**    **Office of the Attorney General**

Name

**PO Box 944255**

Number    Street

**Sacramento, CA 94244**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.2** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**4**    **NJ Attorney General Office**

Name

**Attn: BK Unit**

**25 Market St PO Box 112**

Number    Street

**Trenton, NJ 08625**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.3** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**5**    **State of NC**

Name

**Attorney General's Office**

**PO Box 1168**

Number    Street

**Raleigh, NC 27611**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.5** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**6**    **State of WV**

Name

**Attorney General's Office State Capitol Complex**

**1900 Kanawha Blvd E Bldg 1 Rm E-26**

Number    Street

**Charleston, WV 25305**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.6** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor 1    **Balaji**                    **Modhagala**                    Case number *(if known)* _____
_____    _____    _____
First Name    Middle Name    Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |

---

7.    **Triton Recovery LLC**
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**19790 W Dixie Hwy Suite 301**

Line **4.17** of *(Check one):*

Number    Street

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

**Miami, FL 33180**

City    State    ZIP Code

---

8.    **US Attorney's Office**
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Attn: Eamonn O'Hagan, Esq**

Line **4.30** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**970 Broad St**
Number    Street

**Last 4 digits of account number**    ___ ___ ___ ___

**Newark, NJ 07102**

City    State    ZIP Code

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
    **Add the amounts for each type of unsecured claim.**

|  | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$40,641.32** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$40,641.32** |

|  | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$2,631,911.76** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$2,631,911.76** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Balaji** | | **Modhagala** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **New Jersey**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.2** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.3** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.4** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Balaji**                    **Modhagala** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: District of | **New Jersey** |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.    Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2.    Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number          Street

_____
City                  State                  ZIP Code

3.    **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1**  **Doli System Inc.** <br> Name <br><br> **2983 John F Kennedy Blvd Ste 200** <br> Number          Street <br><br> **Jersey City, NJ 07306** <br> City          State          ZIP Code | ☑ Schedule D, line   **2.1, 2.3** <br><br> ☐ Schedule E/F, line _____ <br><br> ☐ Schedule G, line _____ |
| **3.2**  **Doli Systems Inc** <br> Name <br><br> **Attn: Balaji Modhagala** <br><br> **2978 John F Kennedy Blvd Box 160** <br> Number          Street <br><br> **Jersey City, NJ 07306** <br> City          State          ZIP Code | ☐ Schedule D, line _____ <br><br> ☑ Schedule E/F, line <br> **2.2, 4.2, 2.4, 2.5, 2.6, 4.9, 4.11, 4.13, 4.14, 4.17, 4.19, 4.20, 4.21, 4.22, 4.23, 4.30** <br><br> ☐ Schedule G, line _____ |

| Debtor 1 | **Balaji** | | | **Modhagala** | | Case number *(if known)* |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | | |

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.3**

**Modhagala, Vijaya**
Name

**16 Geraldine Road**
Number                    Street

**North Arlington, NJ 07031**
City                    State                    ZIP Code

☑ Schedule D, line ___**2.2**___
☑ Schedule E/F, line ___**4.31**___
☐ Schedule G, line _____

**3.4**

**Sivisoft Solutions PVT, Ltd.**
Name

**28 6th Cross St**
Number                    Street

**Trust Puram**

**Kodambakkam, Tamil Nadu, 600024, India,**
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line
___**4.1, 4.4, 4.5, 4.10, 4.12, 4.15, 4.16, 4.26**___
☐ Schedule G, line _____

**3.5**

**SquareML, Inc**
Name

**2978 John F. Kennedy Blvd Box 159**
Number                    Street

**Jersey City, NJ 07306**
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.6**___
☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Balaji** | | **Modhagala** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of | | **New Jersey** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | **Occupation** | | |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | **Wetstone Labs Inc** | **Ernst & Young U.S. LLP** |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **2983 John F Kennedy Blvd Ste 200**<br>Number     Street | **1201 Elm Street Suite 1200**<br>Number     Street |
| | | **Jersey City, NJ 07306**<br>City     State     ZIP Code | **Dallas, TX 75270**<br>City     State     ZIP Code |
| | **How long employed there?** | **1 month** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$8,730.63** | **$9,946.46** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + | **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | **$8,730.63** | **$9,946.46** |

Debtor 1    **Balaji**                    **Modhagala**                    Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here......................................................➔ | 4. | $8,730.63 | $9,946.46 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $1,721.18 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $0.00 | $2,107.87 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. | **Insurance** | 5e. | $0.00 | $1,053.65 |
| 5f. | **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. | **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. | **Other deductions.** Specify: **Continuing Contributions to the Care of Household or Family Members** | 5h. + | $0.00 | + $19.49 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $4,902.18 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $8,730.63 | $5,044.28 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $4,218.60 | $0.00 |
| 8b. | **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. | **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. | **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $4,218.60 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $12,949.23 | + $5,044.28 = $17,993.51 |

Debtor 1    **Balaji**          **Modhagala**     Case number *(if known)* _____

        First Name      Middle Name      Last Name

---

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____      11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. | **$17,993.51** |

                                                                                **Combined
monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

| Debtor 1 | **Balaji** | **Modhagala** | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

---

8a. Attached Statement

## SquareML Inc

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income: **$30,107.35**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | **$4,151.56** |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** |
| 11. | Utilities | **$176.25** |
| 12. | Office Expenses and Supplies | **$0.00** |
| 13. | Repairs and Maintenance | **$0.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$558.45** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |

21. Other Expenses

| | |
|---|---|
| **Cost of goods sold** | **$34,426.13** |
| **Marketing and Advertising** | **$0.00** |
| **Credit/Debit Card** | **$1,739.38** |
| **Licenses/Permits** | **$0.00** |
| **Postage and Delivery** | **$0.00** |
| **Subcontractor Pay** | **$1,538.75** |
| **Bank Fees and Interest** | **$322.00** |
| **Software and Subscriptions** | **$31.80** |
| **Offset to make the Net $0 (BK purposes only)** | **($17,963.56)** |
| **Costs of Goods Sold** | **$425.00** |
| TOTAL OTHER EXPENSES | **$22,067.49** |

| | | |
|---|---|---|
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$26,953.75** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **$3,153.60** |

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

8a. Attached Statement

## Digitizai Inc

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   1.  Gross Monthly Income:           **$0.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

   2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

      TOTAL PAYMENTS TO SECURED CREDITORS       **$0.00**

   3.  Other Expenses

      TOTAL OTHER EXPENSES       **$0.00**

   4.  TOTAL MONTHLY EXPENSES (Add item 2 - 21)       **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

   5.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)       **$0.00**

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

8a. Attached Statement

## Nela Software Inc

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | **$0.00** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 2. | Ordinary and necessary expense | **$0.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** |
| 11. | Utilities | **$0.00** |
| 12. | Office Expenses and Supplies | **$0.00** |
| 13. | Repairs and Maintenance | **$0.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$57.67** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |
| | **Offset to make the Net $0 (BK purposes only)** | **($57.67)** |
| | TOTAL OTHER EXPENSES | **($57.67)** |
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$0.00** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **$0.00** |

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Wetstone Labs Inc

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | | |
|---|---|---|---|
| 1. | Gross Monthly Income: | | **$7,802.72** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | **$3,369.05** |
| 3. | Net Employee Payroll (Other than debtor) | **$4,464.71** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** |
| 11. | Utilities | **$0.00** |
| 12. | Office Expenses and Supplies | **$125.00** |
| 13. | Repairs and Maintenance | **$0.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$97.90** |
| 17. | Legal/Accounting/Other Professional Fees | **$325.33** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |

| | |
|---|---|
| **Cost of Goods Sold** | $150.00 |
| **Offset to make the Net $0 (BK purposes only)** | ($2,444.26) |
| **Debtor Payroll** | $650.00 |
| TOTAL OTHER EXPENSES | ($1,644.26) |

| | | |
|---|---|---|
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$6,737.73** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **$1,065.00** |

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

8a. Attached Statement

## Doli Systems

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income: **$0.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
    Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS **$0.00**

3.  Other Expenses

    TOTAL OTHER EXPENSES **$0.00**

4.  TOTAL MONTHLY EXPENSES (Add item 2 - 21) **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) **$0.00**

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

8a. Attached Statement

## Sivisoft Solutions Pvt Ltd

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income: $11,666.67

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2. Ordinary and necessary expense — $2,149.98

3. Net Employee Payroll (Other than debtor) — $10,576.12

4. Payroll Taxes — $0.00

5. Unemployment Taxes — $0.00

6. Worker's Compensation — $0.00

7. Other Taxes — $0.00

8. Inventory Purchases (Including raw materials) — $4,378.23

9. Purchase of Feed/Fertilizer/Seed/Spray — $0.00

10. Rent (Other than debtor's principal residence) — $0.00

11. Utilities — $55.92

12. Office Expenses and Supplies — $78.10

13. Repairs and Maintenance — $172.68

14. Vehicle Expenses — $12.22

15. Travel and Entertainment — $0.00

16. Equipment Rental and Leases — $0.00

17. Legal/Accounting/Other Professional Fees — $12.77

18. Insurance — $0.00

19. Employee Benefits (e.g., pension, medical, etc.) — $0.00

20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS — $0.00

21. Other Expenses

    **Offset to make the Net $0 (BK purposes only)** — ($5,769.35)

    TOTAL OTHER EXPENSES — ($5,769.35)

22. TOTAL MONTHLY EXPENSES (Add item 2 - 21) — $11,666.67

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) — $0.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Balaji** | **Modhagala** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Your Household**

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☑ No

   Do not list Debtor 1 and          ☐ Yes. Fill out this information
   Debtor 2.                              for each dependent...............

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include**      ☑ No
   **expenses of people other than**   ☐ Yes
   **yourself and your dependents?**

**Part 2:   Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$3,517.57** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Balaji** | | **Modhagala** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$150.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$75.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$200.00** |
| | 6d. Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$600.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | **$75.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$2,067.38** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$455.38** |
| | 15d. Other insurance. Specify: **AAA Travel Insurance** | 15d. | **$19.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **2018 Dodge Charger** | 17a. | **$539.65** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| | 17c. Other. Specify: _____ | 17c. | **$0.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

Debtor 1    **Balaji**                              **Modhagala**
_____    Case number *(if known)* _____
First Name        Middle Name        Last Name

---

21.  **Other.** Specify: _____    21.   +   _____ **$0.00**

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.   _____ **$8,348.98**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   _____ **$0.00**

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   _____ **$8,348.98**

23.  **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.   _____ **$17,993.51**

23b. Copy your monthly expenses from line 22c above.    23b.   −   _____ **$8,348.98**

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.   _____ **$9,644.53**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

---

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Balaji** | **Modhagala** |
| | First Name | Middle Name    Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name    Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** |
| Case number (if known) | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................. | $294,527.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.............................................. | $76,297.90 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................... | $370,824.90 |

### Part 2:  Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $410,533.83 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $40,641.32 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $2,631,911.76 |
| **Your total liabilities** | $3,083,086.91 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*......................................................... | $17,993.51 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.............................................................. | $8,348.98 |

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

---

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Balaji** | | **Modhagala** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Balaji Modhagala**
Balaji Modhagala, Debtor 1

Date **04/01/2025**
MM/ DD/ YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

**In re**        Modhagala, Balaji

Case No. _____

**Debtor**                                                    Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered
or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    **$9,589.00**

Prior to the filing of this statement I have received ................................................................    **$7,500.00**

Balance Due ................................................................................................................    **$2,089.00**

2.    The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my
law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my
law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in
bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __04/01/2025__ | __/s/ Scott J Goldstein__ |
|---|---|
| *Date* | Scott J Goldstein |
| | *Signature of Attorney* |

Bar Number: 16472004
Law Offices of Wenarsky & Goldstein LLC
410 Route 10 West Ste 214
Ledgewood, NJ 07852
Phone: (973) 453-2838

__Law Offices of Wenarsky & Goldstein LLC__
*Name of law firm*

---

**Law Offices of Wenarsky & Goldstein, LLC**
410 Route 10 West, Ste 214
Ledgewood, NJ 07852
(973) 927-5100

Balaji Modhagala
16 Geraldine Road
North Arlington, NJ 07031

# Invoice

| | |
|---|---|
| Invoice Number | 985 |
| Invoice Date | 04/03/2025 |
| Payment Due On | 05/03/2025 |
| **Amount Due** | **$2,089.00** |

[ Pay Now ]

Scan to pay

# 3879-25 - Modhagala, Balaji - Bankruptcy

District of New Jersey Ch. 11 25-

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 01/08/2025 | Services provided on 1/8/2025<br>- Phone Call From: Balaji Modhagala (0.10hrs) | CP | $195.00 | 0.10 | $19.50 |
| 01/08/2025 | BANKRUPTCY INTERVIEW SHEET TEMPLATE created | SJG | $450.00 | 0.10 | $45.00 |
| 01/08/2025 | Memo edited and reviewed - New Lead created | SJG | $450.00 | 0.20 | $90.00 |
| 01/08/2025 | Phone Call From: Balaji Modhagala | SJG | $450.00 | 0.10 | $45.00 |
| 01/08/2025 | In-Person Bankruptcy Consultation (Law Offices of Wenarsky & Goldstein, LLC, 410 Route 10 West, Suite 214, Ledgwood, NJ) attended | SJG | $450.00 | 0.50 | $225.00 |
| 01/14/2025 | Services provided on 1/14/2025<br>- Phone Call From: Balaji Modhagala (0.10hrs)<br>- Phone Call From: Balaji Modhagala (0.10hrs) | CP | $195.00 | 0.20 | $39.00 |
| 01/14/2025 | Services provided on 1/14/2025<br>- BANKRUPTCY INTERVIEW SHEET TEMPLATE reviewed (0.10hrs)<br>- Phone Call To: Balaji Modhagala (0.10hrs)<br>- Phone Call To: Balaji Modhagala (0.10hrs) | SJG | $450.00 | 0.30 | $135.00 |

| 01/16/2025 | Services provided on 1/16/2025<br>- eSignature: SignIT Complete Document - Chapter 11 Retainer - NJ reviewed (0.10hrs)<br>- Phone Call From: Balaji Modhagala (0.10hrs)<br>- Phone Call From: Balaji Modhagala (0.10hrs) | CP | $195.00 | 0.30 | $58.50 |
|---|---|---|---|---|---|
| 01/16/2025 | Services provided on 1/16/2025<br>- 1 email sent/reviewed regarding 3879-25-Balaji Modhagala-Review and Sign (0.10hrs) | SJG | $450.00 | 0.10 | $45.00 |
| 01/17/2025 | Services provided on 1/17/2025<br>- Document Checklist January - April created (0.10hrs)<br>- Homework Letter January - April created (0.10hrs)<br>- What do I need & how do I get it created (0.10hrs)<br>- Business Questionnaire created (0.10hrs)<br>- 1 email sent/reviewed regarding In re: Balaji Modhagala (0.10hrs)<br>- 1 email sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.10hrs)<br>- Matter admin (0.10hrs) | MRD | $195.00 | 0.70 | $136.50 |
| 01/20/2025 | Services provided on 1/20/2025<br>- 1 email sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.10hrs) | SJG | $450.00 | 0.10 | $45.00 |
| 01/21/2025 | Services provided on 1/21/2025<br>- 1 email sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |
| 01/22/2025 | Spoke with Client re Collection Matter/BK Filing<br>Mr. Modhagala would like to speak to SJG about the request to enter default that was filed in the collection matter. He said he emailed SJG yesterday. He wants to know how quickly we can either file the bankruptcy and/or file something in the collection matter.<br>Per SJG, we will not file anything in the collection matter. We will file the 11 when he has fully provided the requested documentation | NR | $225.00 | 0.10 | $22.50 |
| 01/24/2025 | Services provided on 1/24/2025<br>- 2 emails sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |
| 01/24/2025 | Services provided on 1/24/2025<br>- 1 email sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.20hrs) | SJG | $450.00 | 0.20 | $90.00 |
| 01/27/2025 | Services provided on 1/27/2025<br>- 2 emails sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.30hrs) | MRD | $195.00 | 0.30 | $58.50 |
| 01/28/2025 | Services provided on 1/28/2025<br>- 1 email sent/reviewed regarding In re: Balaji Modhagala (0.10hrs)<br>- 1 email sent/reviewed regarding MoneySharp Course Coupon for Balaji Modhagala (0.10hrs)<br>- 2 emails sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.10hrs) | MRD | $195.00 | 0.30 | $58.50 |

| | | | | | |
|---|---|---|---|---|---|
| 01/29/2025 | Services provided on 1/29/2025<br>- 1 email sent/reviewed regarding Modhagala appraisal in North Arlington, NJ (0.10hrs) | SJG | $450.00 | 0.10 | $45.00 |
| 01/30/2025 | Services provided on 1/30/2025<br>- 1 email sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |
| 02/06/2025 | Services provided on 2/6/2025<br>- Phone Call From: Balaji Modhagala (0.10hrs) | CP | $195.00 | 0.10 | $19.50 |
| 02/06/2025 | Services provided on 2/6/2025<br>- Phone Call To: Balaji Modhagala (0.10hrs)<br>- Memo created - Call to client (0.10hrs) | SJG | $450.00 | 0.20 | $90.00 |
| 02/07/2025 | Services provided on 2/7/2025<br>- Phone Call From: Balaji Modhagala (0.10hrs) | CP | $195.00 | 0.10 | $19.50 |
| 02/07/2025 | Services provided on 2/7/2025<br>- 1 email sent/reviewed regarding SERVICE OF COURT DOCUMENT CASE NUMBER 062024CA013914AXXXCE OVERTON FUNDING LLC VS MODHAGALA, BALAJI (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |
| 02/10/2025 | Services provided on 2/10/2025<br>- Phone Call From: Balaji Modhagala (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |
| 02/13/2025 | Services provided on 2/13/2025<br>- Phone Call From: Balaji Modhagala (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |
| 02/14/2025 | Services provided on 2/14/2025<br>- ID & SS Card created (0.10hrs)<br>- PayPal created (0.10hrs)<br>- 2023 Tax - Unredacted created (0.10hrs)<br>- 2022 Tax created (0.20hrs)<br>- Chase 0340 created, then reviewed (0.20hrs)<br>- Chase 5256 created, then reviewed (0.20hrs)<br>- Chase 5329 created, then edited and reviewed (0.20hrs)<br>- Chase 7100 created, then reviewed (0.20hrs)<br>- Chase 8765 created, then reviewed (0.20hrs)<br>- Chase 8983 created, then reviewed (0.20hrs)<br>- Columbia Bank created, then reviewed (0.20hrs)<br>- HDFC 4490 created, then reviewed (0.20hrs)<br>- Mandt 2952 created, then reviewed (0.20hrs)<br>- PNC 4692 created, then reviewed (0.20hrs)<br>- PNC 1327 created, then reviewed (0.20hrs)<br>- PNC 1714 created, then reviewed (0.20hrs)<br>- TD 1543 created, then reviewed (0.20hrs)<br>- TD 4153 created, then reviewed (0.20hrs)<br>- WF 4379 created, then reviewed (0.20hrs)<br>- WF 8529 created, then reviewed (0.30hrs)<br>- Brokerage 0340 created (0.20hrs)<br>- Business Questionnaire - Sivisoft Solutions reviewed (0.10hrs)<br>- Month_January created (0.10hrs)<br>- Business Questionnaire Doli reviewed (0.10hrs)<br>- P&Ls - Digitizai Inc created, then reviewed (0.40hrs)<br>- P&Ls - Nela created, then reviewed (0.10hrs)<br>- P&Ls - SquareML Inc created, then reviewed (0.20hrs)<br>- P&Ls - Wetstone Labs Inc created (0.10hrs)<br>- Pay - Vijaya created (0.10hrs)<br>- Deed reviewed (0.10hrs) | MRD | $195.00 | 5.90 | $1,150.50 |

- 1 email sent/reviewed regarding In re: Balaji Modhagala Case
No. 25- (0.10hrs)
- 1 email sent/reviewed regarding Document Request (0.20hrs)
- 2022 Tax - Unredacted created (0.10hrs)
- 2023 Tax created (0.20hrs)

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 02/14/2025 | Services provided on 2/14/2025<br>- 1 email sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.30hrs)<br>- Phone Call To: Balaji Modhagala (0.10hrs) | SJG | $450.00 | 0.40 | $180.00 |
| 02/17/2025 | Petition Prep, Review & Organization of Case Documents | MRD | $195.00 | 3.90 | $760.50 |
| 02/17/2025 | Services provided on 2/17/2025<br>- Car Ins Dec reviewed (0.10hrs)<br>- LawSuit - Overton reviewed (0.10hrs)<br>- Business Questionnaire - Sivisoft Solutions reviewed (0.10hrs)<br>- Email attachment reviewed - AAALifeIns-4107 (0.10hrs)<br>- Life Ins - Prudential reviewed (0.10hrs)<br>- 6 emails sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.50hrs)<br>- 1 email sent/reviewed regarding Document Request (0.20hrs) | MRD | $195.00 | 1.20 | $234.00 |
| 02/17/2025 | Services provided on 2/17/2025<br>- 1 email sent/reviewed regarding In re: Balaji Modhagala Case No. 25- (0.10hrs) | SJG | $450.00 | 0.10 | $45.00 |
| 02/18/2025 | Update Petition, Research on Property in India | MRD | $195.00 | 1.10 | $214.50 |
| 02/18/2025 | Services provided on 2/18/2025<br>- 2023 Tax Returns - Sivisoft created (0.20hrs)<br>- 2023 Tax Returns - Nela Software created (0.10hrs)<br>- 2023 Tax Returns - SquareML created (0.10hrs)<br>- 2022 Tax Returns - SquareML created (0.10hrs)<br>- 2022 Tax Returns - Sivisoft created (0.20hrs)<br>- 2022 Tax Returns - Nela Software_redacted created (0.10hrs)<br>- 2022 Tax Returns - Nela Software created (0.10hrs)<br>- 1 email sent/reviewed regarding Attaching Business Tax Filings (0.40hrs) | MRD | $195.00 | 1.30 | $253.50 |
| 02/19/2025 | Services provided on 2/19/2025<br>- Phone Call To: Balaji Modhagala (0.10hrs) | CP | $195.00 | 0.10 | $19.50 |
| 02/21/2025 | Services provided on 2/21/2025<br>- Car Loan Paperwork reviewed (0.10hrs)<br>- 1 email sent/reviewed regarding FC Default Judgement filed at NJ (0.10hrs) | MRD | $195.00 | 0.20 | $39.00 |
| 02/25/2025 | Services provided on 2/25/2025<br>- Phone Call From: Balaji Modhagala (0.10hrs) | CP | $195.00 | 0.10 | $19.50 |
| 02/26/2025 | Services provided on 2/26/2025<br>- 1 message sent/reviewed (0.10hrs) | CP | $195.00 | 0.10 | $19.50 |
| 02/27/2025 | Services provided on 2/27/2025<br>- 1 email sent/reviewed regarding SERVICE OF DRAFT COURT DOCUMENT: CACE24013914 (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |
| 02/27/2025 | Services provided on 2/27/2025 | SJG | $450.00 | 2.70 | $1,215.00 |

- Application for Retention of Professional created, then edited (0.30hrs)
- Certification of Professional in Support of Application for Retention of Professional created (0.10hrs)
- Order Authorizing Retention created, then edited (0.10hrs)
- Client meeting - Strategy attended (1.00hrs)
- Phone Call To: Balaji Modhagala (0.20hrs)
- Memo reviewed - New Lead created (0.40hrs)
- Memo created, then reviewed - Debt limit issue - small biz (0.50hrs)
- 1 message sent/reviewed (0.10hrs)

| | | | | | |
|---|---|---|---|---|---|
| 02/28/2025 | Services provided on 2/28/2025<br>- 3 emails sent/reviewed regarding Updated Worksheet (0.20hrs)<br>- Phone Call From: Balaji Modhagala (0.10hrs)<br>- Phone Call To: Balaji Modhagala (0.10hrs)<br>- Phone Call From: Balaji Modhagala (0.10hrs) | MRD | $195.00 | 0.50 | $97.50 |
| 02/28/2025 | Services provided on 2/28/2025<br>- 2 emails sent/reviewed regarding Updated Worksheet (0.10hrs)<br>- 1 email sent/reviewed regarding Updated Worksheet (0.10hrs) | SJG | $450.00 | 0.20 | $90.00 |
| 03/03/2025 | Services provided on 3/3/2025<br>- 2.25 created (0.10hrs)<br>- Chase created, then reviewed (0.10hrs)<br>- Chase 8765 created, then edited (0.10hrs)<br>- Chase 5329 created, then reviewed (0.10hrs)<br>- Chase 7100 2.25 created, then edited (0.10hrs)<br>- January 1 created (0.10hrs)<br>- TD 4153 created, then reviewed (0.10hrs)<br>- 2.25 - Chase 8983 reviewed (0.10hrs)<br>- Chase edited and reviewed (0.10hrs)<br>- 2.25 - HDFC 4490 reviewed (0.10hrs)<br>- 2.25 - PNC 1327 reviewed (0.10hrs)<br>- 2.25 - 8765 reviewed (0.10hrs)<br>- client_income_2-2025 created (0.10hrs)<br>- P&Ls - SquareML Inc created (0.10hrs)<br>- P&Ls - Wetstone Labs, Inc created (0.10hrs)<br>- P&Ls - Nela Software, Inc created, then reviewed (0.10hrs)<br>- P&Ls - Digitzai Inc created (0.10hrs)<br>- 1 email sent/reviewed regarding Feb Filings (0.10hrs)<br>- Phone Call From: Balaji Modhagala (0.10hrs) | MRD | $195.00 | 1.90 | $370.50 |
| 03/05/2025 | Services provided on 3/5/2025<br>- P&L - All Businesses created, then edited (0.10hrs)<br>- 1 email sent/reviewed regarding Balaji Modhagala Case No. 25- Updated BK Questionnaire (0.10hrs)<br>- Phone Call From: Balaji Modhagala (0.10hrs) | MRD | $195.00 | 0.30 | $58.50 |
| 03/06/2025 | Services provided on 3/6/2025<br>- Client strategy meeting attended (1.00hrs) | SJG | $450.00 | 1.00 | $450.00 |
| 03/13/2025 | Services provided on 3/13/2025<br>- 1 email sent/reviewed regarding Balaji Modhagala Case No 25<br>- P&L Completed in BK Questionnaire (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |

| 03/18/2025 | Services provided on 3/18/2025<br>- 1 email sent/reviewed regarding Balaji Modhagala Case No 25<br>- P&L Completed in BK Questionnaire (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |
| 03/25/2025 | Services provided on 3/25/2025<br>- Phone Call To: Balaji Modhagala (0.10hrs) | MRD | $195.00 | 0.10 | $19.50 |
| 04/01/2025 | Services provided on 4/1/2025<br>- Application for Retention of Professional edited and reviewed (0.10hrs)<br>- 1116 DECLARATION edited and reviewed (0.20hrs)<br>- Petition review and signing; final edits (2.00hrs) | SJG | $450.00 | 2.30 | $1,035.00 |
| 04/02/2025 | Services provided on 4/2/2025<br>- P&Ls - Nela Software, Inc created (0.10hrs)<br>- P&Ls - Digitzai Inc created (0.10hrs)<br>- P&Ls - Wetstone Labs, Inc created (0.10hrs)<br>- P&Ls - SquareML Inc created (0.10hrs)<br>- Business Questionnaire Doli reviewed (0.20hrs) | MRD | $195.00 | 0.60 | $117.00 |
| | | | | **29.00** | **$7,851.00** |

## Expenses

| Date | Description | Cost | Qty | Total |
|------|-------------|------|-----|-------|
| 04/01/2025 | Chapter 11 Fee | $1,738.00 | 1.00 | $1,738.00 |
| | | | | **$1,738.00** |

| | |
|---|---|
| **Subtotal** | **$9,589.00** |
| **Total** | **$9,589.00** |
| **Payments** | **-$7,500.00** |
| **Total Balance Due** | **$2,089.00** |

## Professional Fee Summary

| Name | Initials | Hours | Rate | Total |
|------|----------|-------|------|-------|
| Cindy Peterson | CP | 1.10 | $195.00 | $214.50 |
| Marissa Dontas | MRD | 19.20 | $195.00 | $3,744.00 |
| Nyrva Redmond | NR | 0.10 | $225.00 | $22.50 |
| Scott Goldstein | SJG | 8.60 | $450.00 | $3,870.00 |
| **Total** | | **29.00** | | **$7,851.00** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|----------------|----------|--------|------------------|-----|
| **Total** | | | **$0.00** | **$0.00** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 04/03/2025 | | Balaji Modhagala | Operating | $7,500.00 |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Balaji** | **Modhagala** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **District of New Jersey** | |
| Case number | | |
| (if known) | | |

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number    Street | From _____<br>To _____ |
| _____<br>City    State  ZIP Code | | _____<br>City    State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number    Street | From _____<br>To _____ |
| _____<br>City    State  ZIP Code | | _____<br>City    State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Balaji**                          **Modhagala**

First Name        Middle Name        Last Name                Case number *(if known)* _____

| Part 2: | Explain the Sources of Your Income |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$0.00** | ☐ Wages, commissions, bonuses, tips |  |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$122,874.00** | ☐ Wages, commissions, bonuses, tips |  |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$190,599.00** | ☐ Wages, commissions, bonuses, tips |  |
|  | ☐ Operating a business |  | ☐ Operating a business |  |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | _____ | _____ | _____ | _____ |

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 3:**</div> List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Chase Bank Usa, National Association**<br>Creditor's Name<br>**700 Kansas Lane LA4-6633**<br>Number    Street<br>**Monroe, LA 71203**<br>City    State    ZIP Code | **11/2024**<br>**12/2024**<br>**01/2025** | **$11,552.71** | **$255,429.75** | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Td Auto Finance**<br>Creditor's Name<br>**PO Box 9223**<br>Number    Street<br>**Farmington, MI 48333**<br>City    State    ZIP Code | **11/2024**<br>**12/2024**<br>**01/2025** | **$1,645.93** | **$6,246.92** | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Chase Bank**<br>Creditor's Name<br>**Attn: Bankruptcy Dept**<br>**PO Box 24695**<br>Number    Street<br>**Columbus, OH 43224-0696**<br>City    State    ZIP Code | **11/2024**<br>**12/2024** | **$675.00** | **$13,240.00** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **TD BANK N.A.**<br>Creditor's Name<br>**Attn: Bankruptcy**<br>**PO Box 84037**<br>Number    Street<br>**Columbus, GA 31908**<br>City    State    ZIP Code | **11/2024**<br>**01/2025** | **$1,183.00** | **$15,281.81** | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    **Balaji**                                **Modhagala**

First Name          Middle Name          Last Name                    Case number *(if known)* _____

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Wells Fargo Card Services** | **11/2024** | **$929.00** | **$14,126.50** | ☐ Mortgage |
| Creditor's Name | | | | ☐ Car |
| **PO Box 10438 MAC F8235-02F** | **12/2024** | | | ☑ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| **Des Moines, IA 50306-0438** | | | | ☐ Suppliers or vendors |
| City          State          ZIP Code | | | | ☐ Other _____ |

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |
| Insider's Name | | | | |
| Number    Street | | | | |
| | | | | |
| City          State    ZIP Code | | | | |

---

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |
| Insider's Name | | | | |
| Number    Street | | | | |
| | | | | |
| City          State    ZIP Code | | | | |

---

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Overton Funding Llc A Florida Profit Limited Liability Company V. Doli Systems Inc. D/b/a Svisoft & Balaji Modhagala** | **Civil Case** | **Circuit Court Of Florida County Of Broward Seventeenth Judicial Circuit**<br>Court Name<br><br>_____<br>Number   Street<br>_____<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **CACE-24-013914 Division 25** | | | |
| Case title | **FC Marketplace LLC V. Balaji Modhagala** | **Civil Case** | **Superior Court of New Jersey - Bergen County**<br>Court Name<br>**10 Main St Rm 415**<br>Number   Street<br>**Hackensack, NJ 07601**<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | **BER-L-007056-24** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | | _____ | _____ |
| | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

Debtor 1     **Balaji**        **Modhagala**

      First Name      Middle Name      Last Name          Case number *(if known)* _____

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | | |
| City   State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**   List Certain Gifts and Contributions

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

Debtor 1    **Balaji**                    **Modhagala**                    Case number *(if known)* _____
_____
First Name    Middle Name    Last Name

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| | | | |
| Number    Street | | | |
| | | | |
| City            State    ZIP Code | | | |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Offices of Wenarsky & Goldstein LLC**  Person Who Was Paid | **Attorney's Fee** | **01/16/2025** | **$7,500.00** |
| **410 Route 10 West Ste 214**  Number    Street | | | |
| **Ledgewood, NJ 07852**  City            State    ZIP Code | | | |
| _____  Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | | |
| _____ Number    Street | | _____ | _____ |
| _____ | | | |
| _____ City         State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer | | | _____ |
| _____ Number    Street | | | |
| _____ | | | |
| _____ City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**

(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **WELLS FARGO BANK NA** <br> Name of Financial Institution | XXXX– 8 5 2 9 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | 2/2025 | $0.00 |
| **435 Ford Rd Suite 300** <br> Number  Street | | | | |
| _____ | | | | |
| **Minneapolis, MN 55426-1063** <br> City  State  ZIP Code | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ <br> Name of Financial Institution | _____ <br> Name | | ☐ No <br> ☐ Yes |
| _____ <br> Number  Street | _____ <br> Number  Street | | |
| _____ <br> City  State  ZIP Code | _____ <br> City  State  ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

Debtor 1    **Balaji**                          **Modhagala**                          Case number *(if known)* _____
First Name          Middle Name          Last Name

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>Name of Storage Facility | _____<br>Name | **Books Home Heaters Household Items Old Documents Listed On Schedules A/b.** | ☐ No<br>☑ Yes |
| **501 Schuyler Ave**<br>Number    Street | _____<br>Number    Street | | |
| **Lyndhurst, NJ 07071**<br>City        State      ZIP Code | _____<br>City            State    ZIP Code | | |

---

**Part 9:**  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name | _____<br>Number    Street | | _____ |
| _____<br>Number    Street | _____ | | |
| _____<br>City            State    ZIP Code | _____<br>City            State    ZIP Code | | |

---

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Balaji**                          **Modhagala**

First Name          Middle Name          Last Name          Case number *(if known)*

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

Name of site    Governmental unit

Number    Street    Number    Street

City    State    ZIP Code

City    State    ZIP Code

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

Name of site    Governmental unit

Number    Street    Number    Street

City    State    ZIP Code

City    State    ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|

Case title _____    Court Name    ☐ Pending
☐ On appeal
_____    Number    Street    ☐ Concluded

Case number    City    State    ZIP Code

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 11:** Give Details About Your Business or Connections to Any Business</div>

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

---

**Doli Systems Inc dba Sivisoft**
Name

**2978 John F Kennedy Blvd Box No 160**
Number    Street

**Jersey City, NJ 07306**
City    State    ZIP Code

Describe the nature of the business
**Software & IT Services**

Name of accountant or bookkeeper
**Ad Sharma CPA LLC**

Employer Identification number
Do not include Social Security number or ITIN.
EIN: **2 0** – **3 8 6 4 3 1 3**

Dates business existed
From **12/05/2006** To **10/31/2024**

---

**SquareML, Inc**
Name

**2978 John F Kennedy Blvd Box No 159**
Number    Street

**Jersey City, NJ 07306**
City    State    ZIP Code

Describe the nature of the business
**Software & IT Services**

Name of accountant or bookkeeper
**Ad Sharma CPA LLC**

Employer Identification number
Do not include Social Security number or ITIN.
EIN: **8 7** – **4 0 7 1 4 9 8**

Dates business existed
From **06/28/2021** To _____

---

**Wetstone Labs, Inc**
Name

**2978 John F Kennedy Blvd Box No 158**
Number    Street

**Jersey City, NJ 07306**
City    State    ZIP Code

Describe the nature of the business
**Software & IT Services**

Name of accountant or bookkeeper
**Ad Sharma CPA LLC**

Employer Identification number
Do not include Social Security number or ITIN.
EIN: **9 2** – **3 7 5 6 0 0 5**

Dates business existed
From **03/01/2023** To _____

---

**Nela Software Inc**
Name

**2978 John F Kennedy Blvd Box No 157**
Number    Street

**Jersey City, NJ 07306**
City    State    ZIP Code

Describe the nature of the business
**Software & IT Services**

Name of accountant or bookkeeper
**Ad Sharma CPA LLC**

Employer Identification number
Do not include Social Security number or ITIN.
EIN: **4 7** – **1 9 4 2 2 4 9**

Dates business existed
From **09/01/2024** To _____

---

Debtor 1    **Balaji**          **Modhagala**        Case number *(if known)* _____

First Name      Middle Name      Last Name

| | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Digitizai Inc**<br>Name | **Software & IT Services** | EIN: __9__ __9__ – __4__ __1__ __9__ __6__ __9__ __7__ __7__ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **2978 John F Kennedy Blvd Box**<br>**No 160**<br>Number   Street | **Ad Sharma CPA LLC** | From __07/29/2024__ To _____ |
| **Jersey City, NJ 07306**<br>City     State    ZIP Code | | |
| | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| **Sivisoft Solutions Pvt Ltd - Ein#**<br>**CHED05472f**<br>Name | **IT Software Services** | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **No 87 6th Cross Street Chennai**<br>Number   Street | **Venkat & Ranga LLP** | From __12/01/2005__ To __10/14/2024__ |
| **Tamil Nadu, 600024, India,**<br>City     State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **Overton Funding Llc**<br>Name | **02/02/2024**<br>MM / DD / YYYY |
| **2802 N 29th Ave**<br>Number   Street | |
| **Hollywood, FL 33020**<br>City     State    ZIP Code | |
| **LG Funding LLC**<br>Name | **05/03/2024**<br>MM / DD / YYYY |
| **1218 Union Street**<br>Number   Street | |
| **Brooklyn, NY 11225**<br>City     State    ZIP Code | |

Debtor 1   **Balaji**                                    **Modhagala**                           Case number *(if known)* _____

First Name          Middle Name          Last Name

| | Date issued |
|---|---|

**Business First Group**                    **07/08/2024**
Name                                         MM / DD / YYYY

**2222 Coney Island Avenue**
Number      Street

_____

**Brooklyn, NY 11223**
City               State     ZIP Code

**IOU Central Inc**                          **02/23/2023**
Name                                         MM / DD / YYYY

**600 Townpark Lane, Suite 100**
Number      Street

_____

**Kennesaw, GA 30144**
City               State     ZIP Code

**Kapitus LLC**                              **06/26/2023**
Name                                         MM / DD / YYYY

**2500 Wilson Boulevard Suite 350**
Number      Street

_____

**Arlington, VA 22201**
City               State     ZIP Code

**AS Tax & Accounting LLC**                  _____
Name                                         MM / DD / YYYY

**51 John F Kennedy Parkway 1st Ffl**
Number      Street

_____

**Short Hills, NJ 07078**
City               State     ZIP Code

| Debtor 1 | **Balaji** | | **Modhagala** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Balaji Modhagala
_____
Signature of Balaji Modhagala, Debtor 1

Date **04/01/2025**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC

**SCOTT J. GOLDSTEIN, ESQ.**\*\*
**JENEE K. CICCARELLI, ESQ.**\*\*
**JACK E. WENARSKY, ESQ.**\*\* **(RETIRED)**
\*\**ADMITTED IN NY AND NJ*

Tel:  973-927-5100

Fax:  973-927-5252

info@wg-attorneys.com

www.wg-attorneys.com

**ATTORNEY'S CONTACT**
Scott J. Goldstein
Direct Email:    Scott@wg-attorneys.com

1/8/2025

Balaji Modhagala
16 Geraldine Road
North Arlington, NJ 07031

Re:    **Chapter 11 Bankruptcy Retention**

Dear Balaji Modhagala:

This letter serves to confirm that you have retained the Law Offices of Wenarsky and Goldstein, LLC ("the Firm") and its associated Attorneys to represent you in connection with seeking relief under the United States Bankruptcy Code.

You have approached this firm for assistance in order to address significant secured and tax obligations. You have too much debt for Chapter 13.

Please read the following agreement carefully and be sure you understand it. Reach out to me if any clarification is needed.  We ask that you return the fully executed agreement within 7 days.

I appreciate the opportunity to help you resolve your financial situation.

Very truly yours,

Scott J. Goldstein, Esq.

---

**Ledgewood Office** *(main office)*

410 State Route 10 West, Ste 214
Ledgewood, NJ 07852

*Address all Correspondence to This Location*

**Parsippany Office**

239 New Road, Ste A-201
Parsippany, NJ 07054

*By Appointment Only*

**New York Office**

43 West 43rd Street, Ste 188
New York, NY 10036-7424

*By Appointment Only*

# Bankruptcy Retainer Agreement

**THE LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC HAS BEEN DESIGNATED AS A DEBT RELIEF AGENCY BY AN ACT OF CONGRESS.**
**WE HELP PEOPLE FILE FOR DEBT RELIEF UNDER THE UNITED STATES BANKRUPTCY CODE.**

In consideration for services to be rendered to undersigned Client(s) by Attorney and the Firm located at 410 State Route 10 West, Suite 214, Ledgewood, NJ 07852 in connection with representing Client regarding bankruptcy matters, Client, jointly and severally agrees to pay Attorney and the Firm as follows:

### 1.    Attorneys and Staff

The attorneys associated with the firm are currently Scott J. Goldstein, Esq. The Firm reserves the right to assign this matter as appropriate to any attorney admitted to a court of competent jurisdiction to assist in each task necessary for the Client's representation.  The Firm further reserves the right to assign tasks to support staff as needed to efficiently handle Client's case.  Client agrees not to unreasonably object to any assignment of staff or attorneys to the case.

### 2.    Legal Fees and Retainer.

This matter is being undertaken at an hourly rate.  The current hourly rates charged by the firm are $450 for Scott J. Goldstein, $450 for Jenee K. Ciccarelli, $275 for Associate / Of Counsel Attorneys; $225 per hour for Law Clerks and $195 per hour for Paralegal / Legal Assistant time.  All expenses are billed at their actual costs.

Client has agreed to pay an initial retainer of $7500.00.  A retainer is an advance payment for Attorney services and the expenses Attorney may incur on Clients behalf and does not cover the court filing fee.  Client understands that once work has commenced, the retainer will be billed against and charged even if the case is not filed.

The total fees to be charged in accordance with this agreement and as set forth in any estimate of costs, either verbal or written are dependent upon on the following assumptions:

a) The Debtor has provided the Attorney with complete and accurate information.

b) The Debtor's circumstances, particularly the Debtor's Current Monthly Income as defined by the Bankruptcy Code, does not substantially change prior to the actual filing of the Bankruptcy case.

c) The Debtor must pay the required retainer fee in full prior to the filing of the Bankruptcy Petition, except as set forth above.

If any of these assumptions prove to be inaccurate, and as a result the amount of legal services provided by the Attorney is increased, then the attorney fee shall be increased accordingly and to compensate the Attorney for the additional time and services in providing the legal services.  At such time, the parties must execute a supplement to this Agreement. If the Debtor refuses to sign such a supplement, then the Attorney-Debtor relationship shall be terminated and no Bankruptcy Case will be filed for Debtor by the Attorney.

Client must provide the Firm with funds for the amount of the court filing fee, either by check made payable to "Law Offices of Wenarsky and Goldstein, LLC, Attorney Trust Account", or by cash which will be held in trust pending the filing of the bankruptcy petition.

### 3.   Refund Policy and NSF Fees

As a general policy, the Firm does not offer refunds of fees paid by Client and all collected monies are deemed earned upon receipt.  If Client withdraws from representation, requests to refund fees advanced to Attorney may be considered only on a case-by-case basis.  Any monies the Firm refunds will be calculated in accordance with the following schedule:

a) If work has not begun on the petition - all funds except a $150 consultation charge and any expenses paid (such as credit reports and appraisals).

b) If work has begun on the petition – all funds except the calculated cost of hours spent working on Case and any expenses paid (such as credit reports and appraisals).

c) If the petition is ready to file or more than 90 days have elapsed since the Retainer Agreement has been signed - no funds will be refunded.

Client understands that if any check given in payment to Attorney is returned for insufficient funds, Client agrees to pay Attorney a $40.00 fee immediately in addition to the amount of the returned check.  Client agrees to make this payment and any future payments in cash, money order or debit card.

**Withdrawal From Representation and Bankruptcy Fraud**

### 4.   Withdrawal From Representation and Bankruptcy Fraud

Attorney reserves the right to withdraw from Client representation if, among other things, Client fails to honor the terms of this Agreement, including non-payment of Attorney and court filing fees; Client fails to cooperate or follow advice on a material matter, or if any fact or circumstance arises or is discovered that would render continuing representation unlawful or unethical.  Client is aware of an ethical requirement imposed upon all Attorneys in this state.  If a Client, in the course of representation by an Attorney, perpetrates a fraud upon any person or tribunal, the Attorney is obligated to call upon the Client to rectify the same.  If the Client refuses or is unable to do so, the Attorney is required to reveal the fraud to the affected person or tribunal.

Client further understands and acknowledges that misrepresentations and/or concealment of property is subject to federal prosecution and criminal charges.  Client understands and acknowledges that such concealment would subject client to 20 years in prison and fines of up to $250,000.00 per misrepresentation or concealment.  Client further acknowledges that such concealment or misrepresentation is grounds to terminate the attorney-client relationship and for withdrawal from representation.

### 5.   Communications with Counsel

Client may contact Attorney at the above telephone number, postal and email addresses.  Client understands that Attorney records telephone calls routinely to gain a litigation advantage and does not object to such recordings.  Nothing in the foregoing in any way modifies Attorney's fiduciary duties to Client, the applicable rules of professional conduct, or the attorney client privilege.  Client specifically consents to the use of email to communicate with Attorney. Although email is a convenient and effective way of communicating, unless Client receives a response from Attorney, Client should not assume that Attorney received every email transmitted.  Client also should be aware that email and voicemail are not completely secure methods of communicating and take appropriate care when sharing particularly confidential information.

### 6.   Favorable Results Not Guaranteed

Because the outcome of negotiations and litigation is subject to unforeseen factors, Client acknowledges and understands that Attorney has made no promises or guarantees to Client concerning the outcome and is unable do so.  Nothing in this Bankruptcy Retainer Agreement shall be construed as such a promise or guarantee.

**7.**    **Retention of Experts**

       Client understands that this representation might involve complex issues for which Attorney will seek consultation from other professionals.  Attorney will attempt to accomplish such consultations on an anonymous basis but Client agrees that any information that Attorney shares with another professional does not disrupt the attorney-client privilege.  Such consultation will be at no charge to Client unless specifically agreed otherwise.

**8.**    **Record Keeping**

       Client agrees that Attorney may discard Client's records within seven (7) years of the completion of the Client's bankruptcy case.  Client understands that Attorney will keep copies of most records electronically and provide copies vie email, CD or DVD unless Client requests paper copies.

**9.**    **Basic Services Common to All Chapter 11 Cases**

       The following is a specific listing of common services expected to be performed in a Chapter 11 case, including necessary administrative services.  All services are billed hourly.

    a)   Preparation and electronic filing of petition, schedules, supplemental local forms, Chapter 11 Plan and Disclosure (if not a Subchapter V case) and mailing matrix.

    b)   Drafting and mailing notice to creditors advising of filing of case, including a copy of your Chapter 11 Plan.

    c)   Drafting and mailing to you a letter regarding your attendance at the Section 341 meeting and your other responsibilities.

    d)   Preparation for and attendance at Section 341 meeting (first hearing or first adjourned hearing if adjournment is requested at least 3 days in advance and granted without appearance).

    e)   Review of order confirming plan and periodic case status reports from the Chapter 11 truste

    f)   Review of trustee's motion for allowance of claims.

    g)   Maintaining custody and control of case files

    h)   Service of orders on all affected parties.

    i)   Verification of your identity and social security number.

    j)   Defending objections to confirmation of your Chapter 11 Plan.

**10.**    **Additional or Uncommon Legal Services**

       The representation may also include the following services to the extent they are requested or deemed reasonably necessary for your effective representation, some of which may incur additional fees if performed after confirmation of the Plan:

1.  Preparation and filing of proofs of claim on your behalf for your creditors.

2.  Assumptions and rejections of unexpired leases and executory contracts.

3.  Preparation for and attendance at valuation hearings.

4.  Motions to transfer venue.

5.  Requesting copies of proofs of claim from Trustee.

6.  Consultation with you regarding obtaining post-petition credit (no motion filed).

7.  Motions to avoid liens (not included in Plan).

8.  Calculation of plan payment modifications (no motion filed).

9. Adding creditor address to mailing matrix as necessary.

10. Responding to written creditor contacts regarding plan terms, valuation of collateral, claim amounts and the like.

11. Responding to your contacts regarding changes in your financial and personal circumstances and advising the Court and Trustee of the same.

12. Communicating with you regarding payment defaults, insurance coverage, credit, disability and the like.

13. Obtaining and providing the Trustee with copies of documents relating to lien perfection issues.

14. Notifying creditors of entry of discharge.

15. Notifying creditors by regular mail and/or electronic communication of alleged violations of the automatic stay.

16. Drafting and mailing letters regarding voluntary turnover of property.

17. Review of documents in relation to the use or sale of collateral (no motion filed).

18. Providing you with a list of answers to frequently asked questions and other routine communications with you.

**11.** **Non-Base Services**

In some Chapter 11 cases, the legal services which are beyond those contemplated in the base fee must nonetheless be provided by the Attorney. These legal services are also listed below:

a) Abandonment of property post-confirmation.

b) Motion for moratorium.

c) Motion for authority to sell property.

d) Motion to modify.

e) Motion to use cash collateral or to incur credit.

f) Defense of motion for relief from stay or co-debtor stay.

g) Defense of motion to dismiss filed after confirmation of your plan.

h) Non-base fee requests.

i) Stay violation litigation, including amounts paid as fees by the creditor or other party.

j) Post-discharge injunction actions.

k) Lost mitigation/loan modification.

l) Adversary proceedings

m) Wage garnishment orders.

n) Turnover adversaries.

o) Conversion to Chapter 7 or 13.

p) Motions to substitute collateral.

q) Any other matter not covered by the base fee.

For such non-base services, you may be charged without any further notice and in the discretion of the Court non-base fees for the following services and in the amounts noted to the extent incurred after confirmation:

| | | |
|---|---|---|
| o | Amendments to Schedules & Court Fee | $100.00 per filing plus filing fees, copies and postage if applicable (adding creditors) |
| o | Defending non-complex motions (1 appearance)[1] | $500.00 |
| o | Prosecuting non-complex motions (1 appearance) | $750.00 per motion |
| o | Special Appearances in any other Court | $300.00 per appearance |
| o | Rescheduling of 341(a) Meeting due to non-appearance or inadequate notice | $500.00 per appearance[2] |
| o | Additional appearances on non-complex motions | $100.00 per appearance |

The Attorney, in his discretion, may also keep time and expense records for any non-base service and apply to the Court for the approval of the fee plus all expenses incurred.  The current hourly fee for your Attorney is between $400.00 and $200.00 depending on the attorney assigned the matter.  All base and non-base fees will be added to your plan (unless paid directly by Debtor or a third-party such as a creditor in a contested case) and will be paid through the plan.  It is possible that any non-base fees added to your plan may result in an increase in your monthly plan payment or in an extension of the length of your plan or both.

## 12. **Client Duties and Responsibilities to Counsel**

a) **Complete Disclosure and Access to Records** - Client acknowledges his/her obligation to make full and complete disclosure of all assets and all liabilities, and to provide all documents and information requested by the Attorney, before the bankruptcy petition can be prepared and filed with the court. Client acknowledges that Attorney may acquire, review and use both public and confidential documents, including but not limited to credit reports and liens searches, with respect to Client and consents to such acquisition, review and use and agrees to execute all necessary papers to permit Attorney to access such information.  Client agrees that failure to cooperate in this regard is grounds for termination of the attorney-client relationship.

b) **Documentation of Debt -** Client acknowledges that the Attorney will not research creditor information, including addresses, account numbers, or balances beyond what is available through a basic credit report.  Client must provide any additional information to the Attorney *in writing*. **Failure to do so may result in unscheduled debts being subject to non-dischargeability.**

---

[1] The Firm, in its sole discretion shall determine the fees for each motion and shall determine whether a particular motion is complex or non-complex.  Generally, and by way of example only, non-complex motions may include motions for a debtor to appear telephonically for a 341a meeting, motions to extend times, etc.

[2] Failure to appear at the 341a meeting may constitute grounds for the Trustee to move to dismiss the case.  If such a motion is made, you may be charged for the defense of such a motion as described above PLUS the rescheduling charge.

c) **Credit Counselling and Debtor Education –** Client acknowledges that he/she must attend pre-petition credit counseling before the bankruptcy petition can be filed. Client understands that he/she must also attend post-petition counseling after the bankruptcy petition is filed and within the time frame allowed by statute. Client acknowledges that the bankruptcy cannot be filed without the certificate of completion of the pre-bankruptcy credit counseling. Client understands that no discharge of debts will be issued if the post-bankruptcy credit counseling is not completed within the statutory time frame. Client acknowledges that any referral to a service that provides pre-bankruptcy counseling or post-bankruptcy counseling is as a courtesy only and that the cost of such counseling is not included in Attorney's fees as stated above. If the Client wishes Attorney to arrange for credit counseling, Attorney will arrange for same, and client is obligated to reimburse Attorney for the costs of same.

## 13.  First Payment to Trustee/Creditors

Chapter 11 payments commence after the confirmation of the Plan of reorganization and in accordance therewith. The Debtor, however, must commence payments of TAX arrears the first month following the filing of the case. As this is a Subchapter V case, client acknowledges that client is responsible to pay the fees of the Subchapter V trustee on application for same and that payments may be required to be made to the Subchapter V trustee for creditor disbursements

## 14.  Mortgage Payments.

The Debtor acknowledges that the contract mortgage payments on residential real estate cannot be reduced under the Bankruptcy laws but will be paid as follows:

By including only the pre-filing arrears or back payments in the plan, with the Debtor being responsible for making all future mortgage payments directly to the mortgage company. The Debtor MUST make all mortgage payments beginning the month following filing, unless the mortgage is being dealt with in the Plan.

## 15.  Limitation on Scope of Representation – BANKRUPTCY ONLY

Client acknowledges that Attorney does not represent Client in any other type of case, lawsuit or proceeding other than Client's bankruptcy case. Attorney may make a special appearance in a court, other than the Bankruptcy Court, for the purpose of filing a notification of Client's bankruptcy proceedings, and to suggest to another court that Client's proceedings should be stayed. Sending or receiving any summons or complaint, or notifying the Attorney of a pending lawsuit does not obligate the Attorney to represent Client in that lawsuit or before that court. Any representation of Client in a state court proceeding, including without limitation: collection lawsuits, foreclosure lawsuits, and etc., is not included in this Bankruptcy Retainer Agreement. Any referral made to another Attorney to represent Client is a courtesy only. The Attorney is not associated with any other Attorney outside of the undersigned Attorney's law offices.

## 16.  Recovery in Adversary Proceedings – Contingent Matters

Client and Attorney hereby agree that any recovery in any adversary proceeding or contested matter that is the subject of a contingency fee arrangement solely between Client and Attorney shall be resolved as follows:

a) All costs, legal fees and damages shall be added together to reach a total settlement amount.

b) The total settlement amount shall then be equally divided between Client and Attorney.

c) All litigation and other related expenses shall then be deducted from the 50% of the total settlement amount assigned to Attorney.

d) No part of the litigation and other related expenses shall be deducted from the 50% of the total settlement paid to Client and this percentage shall apply to any amount received by settlement, trial, or appeal.

e) Client shall not be liable for any litigation and other related expenses incurred in the adversary proceeding or the contested case if there is no recovery unless such litigation and other related expenses are specifically approved in advance in a written document signed by Client.

f) The total settlement amount shall be computed without any deduction for the litigation and other related expenses.

g) Upon conclusion of the matter, Attorney shall provide Client with a written statement stating the outcome of the matter and if there is a recovery showing the remittance to the client and the method of its determination consistent herewith; and.

h) Attorney is granted a lien on the gross recovery for the amount of the contingent fee as fixed by the agreement herein.  This lien shall secure property that is deemed to be the sole property of Attorney and not property of Client or of the bankruptcy estate.

## 17. **Acknowledgement of Non-Dischargeability of Certain Debts**

Client understands that certain debts cannot be discharged in bankruptcy. Client agrees that Client is still liable to repay any debt not discharged in Client's bankruptcy.  Client understands that the debts listed below are common examples of the types of debts that cannot be discharged in bankruptcy.  Client further understands that the list of non-dischargeable debts may be expanded by legislation or court decisions and Attorney has no control over the type of debts that may be or become non-dischargeable.

a) Certain types of taxes, custom duties, or debts to pay taxes or custom duties.

b) Debts that are not listed on the petition at the time of filing unless the Petition and Plan are amended to include such debt in a reasonable and timely fashion.

c) Student loans.

d) Debts owed for spousal or child support.

e) Debts arising from a previous bankruptcy wherein discharge of that particular debt was waived.

f) Debts owed for money, property, services, extension-or-removal, or refinancing of credit, if obtained by false pretenses, or false representations, or actual fraud.

g) Debts owed for fraud or defalcation while acting in a fiduciary capacity, or embezzlement or larceny.

h) Criminal restitution and fines

i) Personal injury or wrongful death claims arising from a civil judgment as a result of the Debtor's willful and malicious injury to another.

## 18. **Liens not Addressed in Plan not Discharged - Acknowledgement**

Client understands that filing bankruptcy does not automatically discharge or remove liens from any real estate.  Client agrees that the Attorney will not take any action to avoid (remove) any lien on real estate unless Client specifically authorizes the Attorney to do so in writing.  Client agrees that the Attorney will rely on Client's statements concerning ownership of real property and any liens attached to Client's real property. Client agrees that no real estate title search will be conducted. Client agrees that Attorney will not conduct a public records search for lawsuits filed against Client or judgments granted against Client. Client must separately order and pay for a real estate title search, or public records search for lawsuits or judgments, if client wishes to obtain one.  **Client agrees to hold the Attorney harmless if client later discovers liens, lawsuits or judgments against Client or against Client's real estate.**

**19.**  **Audit by United States Trustee**

Client understands that individuals who file for relief under chapter 7 or chapter 13 of the Bankruptcy Code are subject to audits by the U.S. Trustee.  If Client's case is selected for an audit, Client agrees to pay Attorney his customary hourly rate, for representing Client in such audit.

**20.**  **Excessive Delay in Providing Documentation**

Client understands that Attorney may charge additional fees if Client waits longer than thirty (30) days from the date that the retainer balance reaches $0.00 to finalize the bankruptcy petition and schedules due to additional due diligence and other update work required to finalize the bankruptcy.  Alternatively, Attorney may terminate client's relationship with the Firm and make any appropriate refund in accordance with the refund policy set forth above.  **AFTER 90 DAYS FROM THE DATE THAT THE RETAINER IS PAID IN FULL, IF THE PETITION HAS NOT BEEN FILED DUE TO CLIENT DELAY IN PROVIDING DOCUMENTATION, THE FILE WILL BE CLOSED OUT, THIS RETAINER WILL BE TERMINATED AND NO MONIES WILL BE REFUNDED BEYOND THE FILING FEE.**

**21.**  **Acknowledgement of Understanding and Receipt of Retainer Agreement**

Client acknowledges that Client has read and understands all the terms contains in this Bankruptcy Retainer Agreement and that, whether written, spoken, recorded or transcribed by any other means, no other terms are made part of this Bankruptcy Retainer Agreement.  Client is in agreement with the terms of this agreement and has signed on the signature lines below. Client further acknowledges that Client has received a copy of this Bankruptcy Retainer Agreement.

**22.**  **No Modification Except in Writing**

This document represents the complete agreement between the parties and may not be modified or replaced except by a subsequent written agreement executed by the parties.

Signed and agreed:

Law Offices of Wenarsky and
Goldstein, LLC

_____          01/16/2025
Balaji Modhagala                                          Date

/s/ Scott J. Goldstein_____          _____          _____
Scott J. Goldstein                                                                                                  Date

1/8/2025_____
Date

RIDER A

# **Text Messaging/SMS Communications Opt-In**

The Law Offices of Wenarsky and Goldstein, LLC has the ability to correspond with clients via text messages and SMS communications.  The Firm and its employees utilize text messages/SMS communications in circumstances such as:

    A.  sending automated reminders of upcoming due dates and events related to client cases

    B.  sending registration information for pre-paid third party products which are necessary to prepare client cases

    C.  reaching out to clients in the event they have been unreachable via emails or telephone communications

    D.  reaching out to clients in the event they have been unresponsive to emails or telephone communications

    E.  reaching clients to obtain an immediate response for a time-sensitive issue

    F.  any time the attorney or Firm employee deems necessary to more efficiently and effectively provide services to clients

Text messages/SMS communications are not considered an appropriate method of communication with the attorney, barring limited exceptions at his or her sole discretion.  Clients are not to attempt to establish contact with the Firm or its employees via text message/SMS communication unless given express permission to do so.  Any permission obtained is temporary, conditional, and specific to the employee with whom the client is in contact.

In the event a client receives a text message/SMS Communication from the Firm or one of its employees, the client must not reply to the message unless specifically instructed to do so.  Employees do not monitor the text inbox, and will have no way to know a client has attempted to reach out in this manner.  Clients should always reach out to the Firm, the attorney, or other staff members via email or telephone.

o  I understand that by furnishing the Firm with my mobile phone number, I am agreeing to receive communications from the Firm via text message/SMS communication.

    Initials   _____   _____

o  I understand that text message/SMS communications from the Firm are utilized to send reminders of upcoming due dates and events, to send registration information for products necessary to prepare my case, and to reach out to me in the event I have been unresponsive to emails or telephone communications.

    Initials   _____   _____

o  I agree to not reach out to the Firm via text message/SMS communications unless given express permission to do so.

    Initials   _____   _____

o  I understand this permission is on a case-by-case basis and does not carry beyond the specific conversation I am engaged in with the Attorney or Staff member

    Initials   _____   _____

**RIDER B**

# OFFICE POLICIES

These office policies are set by the Law Offices of Wenarsky and Goldstein, LLC and are intended to facilitate the representation of clients with the proper level of attention that each of our clients deserves. These are not promises to clients, but set a basic floor of expectations between you, as our client, and the employees of the Firm. These policies are intended to reflect a respect for the urgency you feel for your matter, but also to allow our attorneys and support staff the time they need to accomplish their professional tasks and attend to matters with their families and lives outside the office, as these are essential to maintaining professional sharpness.

## COMMUNICATIONS

1.  *Telephone Calls*:

    A.  When calling the main number, a support staff member will most likely answer the phone. Please do not be vague when responding to his or her questions. The staff will not transfer a call to an attorney without a clear understanding of your reason for calling. In many cases, the staff member may be the one responsible for handling your query.

    B.  If your call is not answered, and you would like a return call from your attorney or a member of the staff, you MUST leave a voicemail. Firm employees do not review the missed call logs and therefore will not know that you attempted to reach us.

    C.  DO NOT call multiple times in a row or multiple times in a day attempting to get ahold of your attorney or a member of the staff. If your call is not answered, leave a voicemail or send an email.

    D.  Clients are only to call the main number or the dedicated assigned office numbers for their attorneys when trying to reach their attorney. Calls to the attorney's personal cell phone are **NOT** permitted unless the attorney has specifically requested such a call.

        1)  Any permission to call an attorney's cell phone is assumed to be a "one time only" permission. Repeated calls to an attorney's cell phone without prior permission is grounds for termination of representation.

2.  *Return calls*: Our attorneys are very often in court or in meetings. Our support staff may be on another call or away from their desk when a client calls in. As such, calls cannot always be answered immediately or returned the same day. We strive to return calls within two (2) business days.

    A.  If your issue is urgent, please send an email in addition to leaving a voicemail.

    B.  Please do not make a follow-up phone call until the third business day.

    C.  Please note that calls may be returned on weekends at the attorney's sole discretion. If the attorney DOES call on a weekend, this is not a waiver of the general policy.

3.  *Emergency Communications*: Occasionally clients have circumstances that are emergencies and require immediate responses. Examples of emergencies are (A) account levies or seizures; (B) repossessions; (C) active evictions (e.g. the court officer is AT THE DOOR). In such instances, clients may call the attorney's cell number if they cannot get anyone at the office. Please note that the client MUST first try the office numbers.

4.  *Text Messages/SMS*: Please see Rider A.

5. *Emails*: Clients should feel free to email counsel or other staff of the Firm, and this is the preferred method of communication. Our goal is to return emails within two (2) business days. This means that if an email is sent on Friday, the client should not expect an email back until Tuesday of the following week. Please do not send a follow-up email until the third business day.

6. *Facsimiles*:

    A. Generally, the Firm will not accept faxes from clients without pre-approval. DO NOT send a fax unless instructed or permitted to do so by a Firm employee.

    B. Faxes are received by an e-fax system. Please allow 30 minutes from the time of faxing for electronic processing. As facsimiles are notorious for failure, you should call to confirm receipt of faxes after the 30 minute window.

7. *Multiple Communications*: If you call and leave a message, and/or send an email, please wait to receive a response within our normal timeframes as set out above. The only communications that require confirmation are faxes.

    A. Multiple calls for the same issue or repeated emails merely distract the attorney and support staff from the work they are doing and may further delay a response to you.

    B. A pattern of repeated same-day calls to the Firm and/or repeated same-day emails regarding the same issue before receiving any response may be grounds to terminate representation.

8. *Communications with Attorneys and Staff*: Our office staff and attorneys recognize that you are under tremendous stress and that dealing with legal matters can be difficult. However, under no circumstances will threats, verbal abuse or harassments, or physical violence be tolerated. Any client who engages in such behavior will immediately be terminated as a client either by letter or by application to the Court as circumstances require.

## DOCUMENTS

1. *Necessity to Provide Documents*: To comply with either statutes or evidentiary necessity, we require documents be furnished for all cases. Ultimately, the responsibility to provide required documents rest with you as the client.

    A. Failure to provide documents within the deadlines set by the attorney is grounds for termination for non-cooperation.

    B. An employee of the Firm may be able to assist you in obtaining documents, if such assistance can be provided in a time- and cost-efficient manner.

2. *Refusal to Provide Documents*: Our office requests documents that we need to handle your matter. Refusal to provide the exact requested documents is grounds for termination as a client (ex: a W-2 is not a tax return and cannot be substituted for same)

3. Permission from the firm is required prior to sending any documents via facsimile. If you need to fax a document, you MUST call the firm beforehand.

4. We accept documents via email or in hard copy.

    A. Email is the preferred method to receive client documents.

        1) Add Return Receipt requests to emails to ensure emails were delivered.

        2) DO NOT call or email to verify receipt of emailed documents.

B. Emailed documents must be in PDF format *ONLY*. Files submitted in JPG, GIF, TIFF or any other file format will be rejected. Any exceptions to this rule are made at the sole discretion of the attorney or staff member granting said permission, and does not waive the general policy for other requested documents.

C. Hard copy documents may be:

   1) Mailed to our PO Box via Priority Mail (or similar tracked service)

      a) Keep your tracking number to verify delivery. DO NOT call asking if your documents were received.

      b) DO NOT use a service that requires a signature upon receipt. This may cause a delay in retrieving mailed documents.

   2) Securely bundled and dropped off in the Ledgewood Office.

      a) Please call ahead to be sure someone will be available to accept your documents on the day you plan to drop them off, as there is nowhere for clients to deposit documents in the event the office is unoccupied at the time you arrive.

      b) DO NOT leave documents in the hallway outside the office door. The Law Offices of Wenarsky and Goldstein LLC cannot be held responsible or liable for any sensitive information lost or stolen from outside the door of our Firm.

      c) Please note that documents dropped off to the Office will be forwarded to the PO Box. This may cause a delay in processing.

5. *Original Documents*: It is preferred that you provide copies of documents, NOT the originals. Kindly attempt to provide copies wherever possible.

## PAYMENT OF FEES

1. Retainer Fees are due within 30 days of receipt of a fully executed Retainer Agreement

2. All other fees are due on receipt of an invoice.

3. Failure to pay fees when due is grounds for termination of representation.

4. In matters where there are provisions for a renewing retainer, failure to replenish the retainer is grounds to terminate representation.

5. *Bankruptcy Case Fees*:

   A. Pre-Petition Fees are due prior to any work being done on your case.

   B. Post-Petition Fees that are not part of your Plan payment are due after the issuance of an Order Granting Compensation pursuant to 11 U.S.C. §327.

   C. If the Post-Petition Fees are included as part of a revised Plan payment to a Trustee, be sure to implement the adjusted payment amount according to the instruction of your attorney.

6. If you need more time to pay your fees, please contact your attorney to discuss options for payment plans.

I understand and agree to abide by these Office Policies.

_____     _____
Balaji Modhagala

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Balaji** | | **Modhagala** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income        12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $671.59 | $9,946.46 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $28,713.34 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $27,363.86 | – $0.00 | | | |
| Net monthly income from a business, profession, or farm | $1,349.48 | $0.00 | Copy here → | $1,349.48 | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

Debtor 1    **Balaji** _____ **Modhagala** _____

First Name          Middle Name          Last Name

Case number *(if known)* _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................... ↓

For you................................................................. **$0.00**

For your spouse................................................... **$0.00**

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$0.00    $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

If necessary, list other sources on a separate page and put the total below.

_____    _____

_____    _____

Total amounts from separate pages, if any.    + _____    + _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

**$2,021.07** + **$9,946.46** = **$11,967.53**

**Total average
monthly income**

---

**Part 2:  Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Balaji Modhagala** _____

Signature of Debtor 1

Date **04/01/2025** _____

MM/  DD/  YYYY

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION**

IN RE: **Modhagala, Balaji**                                                                                  CASE NO

                                                                                                                    CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **04/01/2025**        Signature _____**/s/ Balaji Modhagala**_____

                                                                        Balaji Modhagala, Debtor

Aditya Birla
Indian Rayon Compound
Veravel, Gujarat 362266, India

AMERICAN EXPRESS
PO Box 981535
El Paso, TX 79998

American Express - Business
Card
Po Box 96001
Los Angeles, CA 90096

Attorney General US Dept of
Justice
Ben Franklin Station
Attn: BK Ddept
PO Box 683
Washington, DC 20044

Axis Bank
No 6 A, 2nd Floor, Centennial Square, Dr
Ambedkar Rd,
Kodambakkam, Opposite to Hotel Brown
Star
Chennai, Tamil Nadu, 600024, India

Bajaj Finance
Bajaj Auto Limited Complex
Mumbai Pune road
Pune, 411035, India

Business First Group
2222 Coney Island Ave
Brooklyn, NY 11223

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY, UT 84131

Chase Bank - Business Card
Po Box 15145
Wilmington, DE 19850

Deutsche Bank
4-4A Western Tower, Sunny Side, Shafi
Mohammed Road,
Thousand Lights, Chennai 60006, India

Dice Invoice
5745 Raccoon River Dr Suite 200
West Des Moines, IA 50266

Doli System Inc.
2983 John F Kennedy Blvd Ste 200
Jersey City, NJ 07306

Doli Systems Inc
Attn: Balaji Modhagala
2978 John F Kennedy Blvd Box 160
Jersey City, NJ 07306

FC Marketplace, LLC
707 17th Street 2200
Denver, CO 80202

Federal Bank
5th Floor, Akshaya Shanti, Anna Salai
Chennai, Tamil Nadu, India 600002

Five Star Bank
Small Business Administration Dept
3100 Zinfandel Dr #100
Rancho Cordova, CA 95670

Fleischer, Fleischer & Suglia,
P.C.
601 Route 73 North, Suite 305
Marlton, NJ 08053

Funding Circle
71 Queen Victoria St
London EC4V 4AY, United Kingdom

Godrej Capital
Pirojsha Nagar, Eastern Express Highway
Vikhroli East Mumbai 400 079

Hero Financial Corp
A-44 Mohan Co-operative Industrial
Estate
Mathura Road, New Delhi 110 044, India

IOU Financial
600 Townpark Lane, Suite 100
Kennesaw, GA 30144

IRS
Attn: Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

JPMCB - HOME LENDING
700 KANSAS LN
MONROE, LA 71203

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850

Kapitus LLC
2500 Wilson Boulevard, Suite 350
Arlington, VA 22201

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

Lieberman & Klestzick C/O
Overton Funding, Llc
1855 Griffin Road, DCOTA #A-350
Dania, FL 33004

M&T - SBA Express Program
c/o McCarter & English, LLP
Four Gateway Center 100 Mulberry Street
Newark, NJ 07102

M&T Bank
PO Box 619063
Dallas, TX 75261

Vijaya Modhagala
16 Geraldine Road
North Arlington, NJ 07031

New Jersey Division of
Taxation
Bankruptcy Unit
3 John Fitch Way Fl. 5
Trenton, NJ 08695-0245

NJ Attorney General Office
Attn: BK Unit
25 Market St PO Box 112
Trenton, NJ 08625

Office of the Attorney General

PO Box 944255
Sacramento, CA 94244

Overton Funding Llc

633 167th Street, Suite 804N
Miami, FL 33162

Paychecks of NYC, LLC

6870 Shadow Ridge Dr Suite 101
Orlando, FL 32812

PNC BANK, N.A.

1 FINANCIAL PKWY
KALAMAZOO, MI 49009

SANTANDER BANK N.A.

450 PENN ST
READING, PA 19602

Sivisoft Solutions PVT, Ltd.

28 6th Cross St
Trust Puram
Kodambakkam, Tamil Nadu, 600024,
India

SquareML, Inc

2978 John F. Kennedy Blvd Box 159
Jersey City, NJ 07306

Standard Chartered Bank

Lending Operations
No 19, Rajaji Salai 2nd Floor
Chennai 600001, India

State of California Dept of
Revenue
Attn: Bk Dept
3321 Power Inn Rd Suite 220
Sacramento, CA 95826

State of NC
Attorney General's Office
PO Box 1168
Raleigh, NC 27611

State of NJ - Division of
Taxation
PO Box Box 448
Trenton, NJ 08646

State of North Carolina Dept
of Revenue
Attn: BK Dept
PO Box 1168
Raleigh, NC 27602

State of West Virginai Dept of
Revenue
Attn: BK Dept
1001 Lee St East
Charleston, WV 25301

State of WV
Attorney General's Office
State Capitol Complex
1900 Kanawha Blvd E Bldg 1 Rm E-26
Charleston, WV 25305

Superior Court Of New Jersey
Bergen County - Law Division
10 Main Street
Hackensack, NJ 07601

Synchrony Bank
Attn: Bankruptcy Dept.
P.O. Box 965064
Orlando, FL 32896

TD AUTO FINANCE
PO BOX 9223
FARMINGTON HILLS, MI 48333

TD BANK N.A.
Attn: Bankruptcy
PO Box 84037
Columbus, GA 31908

Triton Recovery LLC
19790 W Dixie Hwy Suite 301
Miami, FL 33180

U.S. Small Business
Administration
P.O. Box 3918
Portland, OR 97208

US Attorney's Office
Attn: Eamonn O'Hagan, Esq
970 Broad St
Newark, NJ 07102

VOLKSWAGEN CREDIT
1401 FRANKLIN BLVD
LIBERTYVILLE, IL 60048

WELLS FARGO CARD SER
PO BOX 393
MINNEAPOLIS, MN 55480

Yes Bank
Off Western Express Highway, Santacruz
East
Mumbai, Maharashtra, 400055, India